IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern ~~SOUTHERN~~ DIVISION

RECEIVED

2007 SEP 12 A 10: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| DR. RICH EMANUEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| vs. | ) | JURY DEMAND |
| | ) | 2:07CV819-WKW |
| GEORGE C. WALLACE COMMUNITY COLLEGE, | ) | |
| | ) | |
| Defendant. | | |

## COMPLAINT

### I. JURISDICTION

1. This is a suit for relief from gender and race discrimination instituted pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e *et seq.* The jurisdiction of this Court is based on 28 U.S.C. §§1331 and 1343(4).

2. Plaintiff Dr. Rich Emanuel ("Plaintiff") timely filed his charge of discrimination with the Equal Opportunity Commission against Defendant George C. Wallace Community College ("Defendant") within 180 days after the last act of discriminatory treatment. Plaintiff further filed this suit within 90 days after receipt of his right-to-sue letter issued from the E.E.O.C.

### II. PARTIES

3. Plaintiff is a citizen of the United States over the age of nineteen and a resident of Prattville, Autauga County, Alabama.

4. Defendant is a state governmental entity with a campus located in Eufaula, Barbour County, Alabama and is an employer as that term is contemplated under Title VII.

### III. BACKGROUND

5.  Plaintiff is a Caucasian male.

6.  In June 2006, Defendant advertised an intent to employ a full-time Speech Instructor at its Eufaula campus.

7.  Plaintiff met the qualifications for the position and applied for it in June.

8.  Plaintiff was interviewed three times and was among the three finalists.

9.  On or about July 14, 2006, Plaintiff was notified that he had not been selected.

10. Defendant hired Shatangi Ware, an African-American female, for the position.

11. Defendant has asserted that Ware was selected because she had superior qualifications.

12. Ware was in fact less qualified for the position than Plaintiff.

13. Indeed, the disparities between Plaintiff's qualifications and Ware's qualifications were of such weight and significance that no reasonable person, in the exercise of impartial judgment, could have chosen Ware over Plaintiff if the selection decision were truly based on an honest evaluation of relative qualifications.

### IV. CAUSES OF ACTION

**COUNT I**

**TITLE VII**

14. Paragraphs 1-13 above are incorporated by reference.

15. Defendant violated Plaintiff's rights under Title VII by passing him over for the position of Speech Instructor because of his race and/or sex, pursuant to disparate treatment and/or disparate impact.

2

16. As a result of the above described discriminatory act, Plaintiff has been made to suffer lost wages and benefits, as well as emotional distress.

**WHEREFORE, these premises considered,** Plaintiff respectfully requests the following:

(i) That the Court issue an Order declaring that Defendant's acts as described herein violated Title VII;

(ii) That the Court grant Plaintiff a permanent injunction enjoining Defendant, and its agents, employees, successors, and those acting in concert with Defendant from continuing to violate Title VII;

(iii) That the Court enter an Order requiring Defendant to make Plaintiff whole by employing him and placing him in the position he would have occupied in the absence of discrimination (or providing front-pay), providing back-pay with interest, reimbursement for lost benefits and perquisites of employment with interest, and ordering Defendant to pay compensatory damages as a jury may assess;

(iv) That the Court award such other legal and equitable relief as justice requires, including, but not limited to, an award of costs, attorney's fees, expert witness fees, and expenses.

Respectfully submitted,

Adam M. Porter
Attorney for Plaintiff
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
Phone: (205) 322-8999
Facsimile: (205) 322-8915
Email: adamporter@earthlink.net

3

Plaintiff requests trial by struck jury.

_____
Attorney for Plaintiff

<u>Please Serve Defendant By Certified Mail</u>:
George C. Wallace Community College
c/o Dr. Linda C. Young, President
1141 Wallace Drive
Dothan, AL 36303

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000408
Cashier ID: cstrecke
Transaction Date: 09/12/2007
Payer Name: ANDERSON NELMS AND ASSOC LLC
------------------------------------------
CIVIL FILING FEE
 For: ANDERSON NELMS AND ASSOC LLC
 Case/Party: D-ALM-2-07-CV-000819-001
 Amount:          $350.00
------------------------------------------
CHECK
 Remitter: ANDERSON NELMS
 Check/Money Order Num: 1110
 Amt Tendered:  $350.00
------------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

DALM207CV000819-WKW

EMANUEL V GEORGE C WALLACE
COMMUNITY
```