| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Joy Childers_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Joy Childers<br>C. Date of Delivery: 9/13/07 |
| 1. Article Addressed to:<br>George C Wallace Community College<br>c/o Dr Linda Young, Pres.<br>1141 Wallace Dr.<br>Dothan, AL 36303 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>07CV819<br>SRW |
|  | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7000 0600 0021 8298 7431 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540