IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. RICH EMANUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV-07-819-WKW |
| | ) |
| GEORGE C. WALLACE | ) |
| COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## ANSWER OF GEORGE C. WALLACE COMMUNITY COLLEGE

COMES NOW Defendant **George C. Wallace Community College**, by and its counsel of record, for Answer to the Complaint in the above-styled action, states as follows:

### RESPONSE TO FACTUAL ALLEGATIONS

1. This paragraph requires neither admission nor denial by defendants.

2. Denied

3. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph which are therefore denied.

4. Admitted

5. This Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph which are therefore denied.

6. Denied

7. Denied

8. Denied

9.  Denied

10. Denied

11. Denied

12. Denied

13. Denied

14. The defendant adopts and incorporates its previous responses in paragraphs one through thirteen as if the same were set out here in full.

15. Denied

16. Denied

## AFFIRMATIVE DEFENSES

1. Any claims brought by Plaintiff under Title VII or any statutes arising there under are due to be dismissed in that Plaintiff has failed to meet the legal requisites for any such claims to be filed with this Court.

2. The Complaint fails to state a claim upon which relief can be granted.

3. All actions taken by Defendants in this matter were taken in good faith.

4. Plaintiff has failed to exhaust available administrative remedies.

5. No act or omission on the part of any Defendant was the proximate cause of the Plaintiff's alleged damages.

6. Defendant's actions were motivated by legitimate, nondiscriminatory, non-retaliatory reasons, which were not pretext.

7. Defendants assert the applicable statues of limitations.

8. Defendant asserts that Plaintiff has failed to plead his claims with particularity sufficient to satisfy the requirements of Federal and/or State law.

9. Plaintiff has failed to state a prima facie case of discrimination under Title VII.

10. Defendant is entitled to Eleventh Amendment immunity.

11. Defendant is entitled to immunity under Article I, Section 14 of the Alabama Constitution.

12. The Complaint fails to meet the requisites for mandatory, preliminary, and permanent injunctions to lie against the defendant.

13. Plaintiff is not entitled to retroactive damages against George C. Wallace Community College.

Respectfully submitted,

Andrew W. Christman (CHR024)
Attorney for Defendant
George C. Wallace Community College

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P. O. Box 4190
Montgomery, AL  36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Adam M. Porter
2301 Morris Avenue, Ste. 102
Birmingham, AL 35203

Andrew W. Christman