## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                            TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Emanuel v. George C. Wallace Community College

Case Number: 2:07-cv-00819-WKW

Referenced Docket Entry - *** Answer - Doc. No. 4

The referenced docket entry was filed electronically with ERROR on ***10/2/07*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because the correct answer was filed per document no. 5. Please DISREGARD this docket entry.