IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DR. RICH EMANUEL,  )
)
Plaintiff,  )
)
v.  ) CASE NO. 2:07-cv-00819-WKW-SRW
)
GEORGE C. WALLACE COMMUNITY COLLEGE,  )
)
Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Dr. Rich Emanuel, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity | Relationship to Party
--- | ---
 | 
 | 
 | 

10/3/2007
Date

(Signature)

Adam M. Porter
(Counsel's Name)

Dr. Rich Emanuel
Counsel for (print names of all parties)

2301 Morris Avenue, Suite 102
Birmingham, AL 35203
Address, City, State Zip Code

(205) 322-8999
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, Adam Porter _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail via CM/ECF System (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd day of October 20 07, to:

Andrew W. Christman, Esq. Gidiere, Hinton, Herndon & Christman PO Box 4190 Montgomery, AL 36103-4190

10/3/2007
Date

_____
Signature