IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

DR RICH EMANUEL,            )
                            )
        Plaintiff,          )
                            )
v.                          )   CASE NO. 07:819-WKW
                            )
GEORGE C. WALLACE COMMUNITY COLLEGE,  )
                            )
        Defendants,         )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Wallace Community College, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

10/3/07
Date                                 (Signature)
                                     Andrew W. Christman
                                     (Counsel's Name)
                                     George C. Wallace Community College
                                     Counsel for (print names of all parties)
                                     P.O. Box 4190
                                     Montgomery, AL 36103
                                     Address, City, State Zip Code
                                     334-834-9950
                                     Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, Andrew W. Christman, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 3rd day of October 20 07, to:

Adam Porter, 2301 Morris Avenue, Suite 102, Birmingham, AL 35203

10/3/07
Date

Signature