**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DR. RICH EMANUEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| vs. | ) | 2:07-cv-00819-WKW |
| | ) | |
| GEORGE C. WALLACE COMMUNITY COLLEGE, | ) | |
| | | |
| Defendant. | | |

___

**JOINT MOTION FOR LEAVE TO FILE FRCP RULE 26(f) REPORT**
**BASED ON OCTOBER 20, 2008 JURY TRIAL TERM**

The parties jointly move the Court for an Order granting them leave to schedule this case for trial in their FRCP Rule 26(f) report during the jury trial term to commence on the Court's October 20, 2008 docket. In support of this motion, the parties show unto the Court the following:

1. Pursuant to the Court's Rule 26(f) Order, the parties are due to file their Rule 26(f) report by October 30, 2007.

2. Counsel for the parties have conferred with regard to the possible trial dates on which to base various deadlines and settings in the Rule 26(f) report. The only jury trial term falling in the seven to ten month period set forth in the Rule 26(f) Order is the Court's July 28, 2008 term. The parties agree that, due to the anticipated amount of discovery that will be needed in this case and counsel's respective caseloads and their obligations associated therewith, scheduling a trial date at that time would make it very difficult on the parties and counsel to (a) complete discovery sufficient to adequately address dispositive motions by the deadline established by the July 28 trial term, and (b) prepare the case for trial by July 28.

3. Counsel agree that scheduling this case for trial during the Court's jury term to commence on October 20, 2008 would allow them to more fully and properly prepare, and would be in the best interest of the parties.

**WHEREFORE, these premises considered**, the parties jointly move the Court for an Order granting them leave to schedule this case for trial in their Rule 26(f) report during the jury trial term to commence on the Court's October 20, 2008 docket.

Respectfully submitted,

s/ Adam M. Porter
Adam M. Porter
Attorney for Plaintiff
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
Phone: (205) 322-8999
Facsimile: (205) 322-8915

s/ Andrew W. Christman (by permission)
Andrew W. Christman
Attorney for Defendant

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
PO Box 4190
Montgomery, AL 36103-4190
E-mail drew@ghhclaw.com
Phone (334) 834-9950
Fax (334) 834-1054