IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. RICH EMANUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-819-WKW |
| | ) |
| GEORGE C. WALLACE COMMUNITY COLLEGE | ) |
| | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

Upon consideration of the parties' Joint Motion For Leave to File FRCP 26(f) Report Based on October 28, 2008 Jury Trial Term, it is ORDERED that the motion is GRANTED. The parties have leave to schedule this case for the October 20, 2008 jury trial term in their Rule 26(f) Report.

DONE this 15th day of October, 2007.

                                             /s/  W.  Keith Watkins
                                             UNITED STATES DISTRICT JUDGE