IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DR. RICH EMANUEL, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | |
| vs. ) | 2:07-cv-00819-WKW |
| ) | |
| GEORGE C. WALLACE COMMUNITY COLLEGE, ) | |
| ) | |
| Defendant. | |

_____

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to FRCP Rule 26(f), a meeting was held on October 17, 2007 between Adam Porter, attorney for plaintiff, and Andrew Christman, attorney for defendant.

1. **Synopsis of Case.**

Plaintiff claims that defendant did not hire him because of his race and/or gender. His claims are brought under Title VII.

Defendant George C. Wallace Community College contends that the most qualified applicant was hired for the position at issue in this case. Defendant did not discriminate against plaintiff based upon any protected classification, was acting in compliance with former federal consent degrees, and was motivated by legitimate non-discriminatory reasons for making the employment decisions at issue. Defendant denies any liability or damage to the plaintiff and demands strict proof thereof.

2. **Pre-discovery Disclosures.**

The parties will exchange the information required by Local Rule 26.1(a)(1) within two weeks from the filing of this report.

3. **Discovery Plan.**

The parties jointly propose to the court the following discovery plan:

Without waiver of objections, discovery will be needed on the following subjects: plaintiff's claims and all other allegations in plaintiff's complaint and matters incidental thereto; defendant's defenses and matters incidental thereto; plaintiff's damages, defenses thereto, and mitigation thereof.

All discovery must be commenced in time to be completed by August 15, 2008.

Maximum of 40 interrogatories, including sub-parts, by each party to any other party.

Maximum of 20 requests for admissions, including sub-parts, by each party to any other party.

Maximum of 40 requests for production of documents, including sub-parts, by each party to any other party.

Maximum of 7 depositions by each party. No deposition shall exceed seven hours, inclusive of breaks except lunch, unless agreed to by the parties or ordered by the Court.

Reports from retained experts, if any, under Rule 26(a)(2) are due:

From plaintiff- by January 25, 2008

From defendant- by February 25, 2008

Supplementation under Rule 26(e) due as soon as is practicable but no later than 30 days prior to the discovery cut-off or five days after new discovery, whichever is later.

4. **Other Items.**

A scheduling conference is not requested prior to entry of a scheduling order.

Plaintiff has until January 14, 2008 to join additional parties and to amend the pleadings.

Defendant has until February 14, 2008 to join additional parties and to amend the pleadings.

All potentially dispositive motions must be filed and served by June 9, 2008.

Settlement cannot be evaluated until completion of initial discovery.

Pursuant to FRCP Rule 5(b)(2)(D), the parties consent to service of pleadings and other papers covered by Rule 5 electronically.

If production of discoverable electronic or computer-based media is required or requested, it will be produced unless the producing party demonstrates that doing so would cause undue burden or cost. The format of production, either in digital media or printed copies, will be made in the manner requested by the receiving party unless the producing party demonstrates that doing so would cause undue burden or cost.

The parties will determine whether mediation should be entered upon completion of initial discovery.

Final lists of trial evidence under Rule 26(a)(3) are due 30 days before trial.

Parties have 10 days after service of final lists of trial evidence to state objections under Rule 26(a)(3).

The case will be ready for trial on the Court's October 20, 2008 docket and is expected to take approximately three-four days.

> Respectfully submitted,
>
> s/ Adam M. Porter
> Adam M. Porter
> Attorney for Plaintiff
> 2301 Morris Avenue, Suite 102
> Birmingham, Alabama 35203
> Phone: (205) 322-8999
> Facsimile: (205) 322-8915

                                              s/ Andrew W. Christman
                                              Andrew W. Christman

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
PO Box 4190
Montgomery, AL 36103-4190
E-mail drew@ghhclaw.com
Phone (334) 834-9950
Fax (334) 834-1054