IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. RICH EMANUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV-07-819-WKW |
| | ) |
| GEORGE C. WALLACE | ) |
| COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

COMES NOW Defendant George C. Wallace Community College, by and through its counsel of record, and requests this Honorable Court to grant the parties a 30 day extension to the dispositive motion deadline, making dispositive motions due on or before July 9, 2008, and a 15 day extension of the discovery deadline, making the new deadline August 30, 1008. In support of this motion, defendant states as follows:

1. The parties have been conducting written discovery since this case was filed in the United States District Court for the Middle District of Alabama, Northern Division, on September 12, 2007.

2. The parties have had difficulty scheduling the depositions of the parties but have been diligently working to do so. The deposition of the plaintiff is set for Friday, May 30, 2008, and the representative of the defendant will be deposed on Monday, June 9, 2008. Additional depositions may be needed.

3. The dispositive motion deadline is currently set for June 9, 2008, and the discovery deadline is set for August 15, 2008.

4. The defendant requests this Honorable Court to grant the parties an additional thirty (30) days to file dispositive motions, making them due on or before July 9, 2008, and grant the parties an additional fifteen (15) days to complete discovery, making the discovery deadline August 30, 2008. This extension would have no effect on the remaining deadlines set forth in the Court's Uniform Scheduling Order.

5. Undersigned counsel has spoken with plaintiff's counsel, and plaintiff's counsel has no objection to the Court granting this extension.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests this Honorable Court grant a thirty day extension to the dispositive motions deadline making them due on or before **July 9, 2008,** and a fifteen day extension to the discovery deadline, making it **August 30, 2008.**

Respectfully submitted,

Andrew W. Christman (CHR024)
Attorney for Defendant
George C. Wallace Community College

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P. O. Box 4190
Montgomery, AL 36103
Telephone: (334) 834-9950
Facsimile: (334) 834-1054

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was served on the following by placing a copy of same in the United States mail, postage prepaid and properly addressed this 28th day of May, 2008:

Mr. Adam M. Porter
2301 Morris Avenue, Ste. 102
Birmingham, AL 35203

                                                Andrew W. Christman