IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. RICH EMANUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-819-WKW |
| | ) |
| GEORGE C. WALLACE | ) |
| COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the Defendant's Motion for Extension of Time (Doc. # 16). It is ORDERED that the motion is GRANTED. The dispositive motions deadline is CONTINUED from June 9, 2008, to **July 9, 2008**. The discovery deadline is CONTINUED from August 15, 2008, to **September 2, 2008.** All other deadlines remain the same.

DONE this the 2nd day of June, 2008.

                                       /s/ W. Keith Watkins
                              UNITED STATES DISTRICT JUDGE