IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. RICH EMANUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV-07-819-WKW |
| | ) |
| GEORGE C. WALLACE | ) |
| COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Comes now defendant, George C. Wallace Community College ("GCWCC"), by and through its counsel of record, and moves this Honorable Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, to enter summary judgment in its favor dismissing this action and each count thereof, separately and severally on the grounds that there is no genuine issue of material fact and that this defendant is entitled to a judgment as a matter of law.

This motion is based upon the following:

1. All pleadings in this case;

2. Deposition of Dr. Richard Emanuel with Defendant's exhibits 1-25;

3. Deposition of Dr. Linda Young with select exhibits;

4. Exhibits 26-35;

7. Narrative Statement of Undisputed Facts and Brief Filed in Support of Defendant's Motion for Summary Judgment.

        Respectfully submitted,


        s/Andrew W. Christman (CHR024)
        Attorney for Defendant
        George C. Wallace Community College

OF COUNSEL:
Gidiere, Hinton, Herndon & Christman
P. O. Box 4190
Montgomery, AL  36103
Telephone:  (334) 834-9950
Facsimile:  (334) 834-1054

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th  day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Adam M. Porter
    2301 Morris Avenue, Ste. 102
    Birmingham, AL 35203


        s/Andrew W. Christman

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CV-07-819-WKW

_____

DR. RICH EMANUEL,
Plaintiff

v.

GEORGE C. WALLACE COMMUNITY COLLEGE,
Defendant

_____

Narrative Statement of Undisputed Facts and Brief Filed in Support of
Defendant's Motion for Summary Judgment

_____

BRIEF OF DEFENDANT
GEORGE C. WALLACE COMMUNITY COLLEGE

_____

July 9, 2008

ANDREW W. CHRISTMAN
Attorney for Defendant
Gidiere, Hinton, Herndon &
   Christman
P.O. Box 4190
Montgomery, AL 36103-4190
334-834-9950