**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 10, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:** Rich Emanuel **v.** George C. Wallace Community College
**Case Number:** 2:07-cv-819-WKW

**Pleading : #17 - Notice of Appearance**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 7/9/2008 with un-redacted pdf documents attached as Exhibits 28 and 29.**

**The redacted versions of the pdf documents are attached to this notice.**



**ALABAMA COLLEGE SYSTEM**

# APPLICATION FOR EMPLOYMENT
## WALLACE COMMUNITY COLLEGE-DOTHAN

APPLICATION NO. 1442

### Position Information
Title of position for which you are applying: **Speech Instructor**
Date of Application: **5/19/06**

### Personal Information
| Last Name | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| Ware | Shatangi | T. | [redacted] |

| Address | City | State | ZIP |
|---|---|---|---|
| P.O. Box 611487 | Birmingham | AL | 35261 |

**Contact Information**
Phone Home: (205) 617-5646    Work: (205) 853-1200    Cell: —
E-mail Address: Shatangiware@hotmail.com

### Secondary and Postsecondary Education

| | School/College | Dates Attended From/To | Major | Minor | Degree(s) Earned |
|---|---|---|---|---|---|
| High School/GED | Northview High School, Dothan, AL | Aug 00 – May 04 | | | Yes |
| College | Troy State University, Troy, AL | Sept. 94 – Mar. 95 | Broadcast Journalism | | No |
| College | Jeff. State Community College, B'ham, AL | June 99 – Aug. 00 | Public Relations | | Yes (A.A.) |
| College | University of Alabama, Tuscaloosa, AL | Aug. 00 – May 02 | Public Relations | Business | Yes (B.A.) |
| Other (Specify) | University of Alabama, Tuscaloosa, AL | Aug. 03 – Dec. 04 | Communication Studies | | Yes (M.A.) |

### Employment History
Please list most recent employment experience first.

Employer: **JSCC**
Telephone Number: (205) 853-1200
Address: **201 Carson Road, B'ham, AL 35206**
Dates of Employment: **Aug. 05 – present**
Title: Speech Instructor  ☐ Full-time  ☑ Part-time
Hourly Rate/Salary: **$1275/class**
Supervisor: **Eula Thompson**
Reason for Leaving:
Job Duties: Prepare and deliver lectures on topics such as public speaking. Evaluate students' assignments and speeches. Advise students on academic and career issues.

RECEIVED
MAY 2 5 2006



DEFENDANT'S EXHIBIT 28    EMANUEL--0106--PLF DOX

## Employment History (Continued)

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Self-employed | (205) 617-5646 | Produced public relations communication for individual clients. Designed and implemented solutions to clients' communication problems. |
| **Address:** 3021-A Division Ave, B'ham, AL | **Dates of Employment:** May 02–present | |
| **Title:** Public Relations Consultant ☒ Part-time | **Hourly Rate/Salary:** Commensurate with job | |
| **Reason for Leaving:** | **Supervisor:** requested | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| University of Alabama | (205) 348-7158 | Worked with Dr. Braman to help improve students' performance on exams. Led after-class discussions to prepare students for exams. |
| **Address:** 412 Reese Phifer, Tuscaloosa, AL | **Dates of Employment:** Aug. 00 – Jan. 01 | |
| **Title:** Undergraduate T.A. ☒ Part-time | **Hourly Rate/Salary:** volunteer | |
| **Reason for Leaving:** Professor left UA | **Supervisor:** Dr. Sandra Braman | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Wal-Mart | (205) 945-8692 | Assisted over 200 customers daily. Handled over $2000 in cash daily, accurately. Trained and supervised many new sales associates. |
| **Address:** 209 Lakeshore Pkwy, B'ham, AL | **Dates of Employment:** March 98 – Jun 99 | |
| **Title:** Customer Service Associate ☒ Full-time | **Hourly Rate/Salary:** $7.50/hr | |
| **Reason for Leaving:** Started school full-time | **Supervisor:** Lisa Jones | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| | | |
| **Address:** | **Dates of Employment:** | |
| **Title:** ☐ Full-time ☐ Part-time | **Hourly Rate/Salary:** | |
| **Reason for Leaving:** | **Supervisor:** | |

Attach additional page if needed

**May we contact your current employer?** ☒ Yes ☐ No

## Skills, Certifications, Awards or Professional Activities

Lambda Pi Eta, 2005; National Communication Association, 2005; & Southern States Communication Association, 2005. Proficiency in WebCT, Windows XP (Word, Powerpoint, & Excel), and Quark Xpress. I have judged debate competitions.

**References**

Please list three reliable references, other than relatives, who can provide information verifying qualifications, character, or work experience

| Name and Title | Address | Phone Number |
|---|---|---|
| Eula Thompson, Division Chair | JSCC, Dept. of Communication, 2601 Carson Road | (205) 856-7826 |
| Dr. Valerie Palmer-Mehta, Assistant Professor | Oakland University, 316 Wilson Hall, Rochester, MI 48309 | (248) 370-2139 |
| Dr. Marsha Houston, Prof. & Chair of Communication Studies | University of Alabama, Box 870172, Tuscaloosa, AL 35487 | (205) 348-8678 |

**Felony Conviction(s)**

Have you ever been convicted of or pled no contest or guilty to any felony or any crime involving theft, dishonesty, violence, or sexual misconduct?   ☐ Yes   ☒ No
If yes, explain below:

**Consent Agreement**

I represent and warrant that the information I have given on this application is full and true to the best of my knowledge and belief. I further acknowledge that I understand that I must provide documented verification of education, experience, and required certifications and/or licensures. And further, I represent and warrant that I have answered fully and truthfully all questions regarding criminal convictions/records. I hereby expressly request, and give permission to, former employers and any persons who may have pertinent information concerning this application to furnish such information to college officials. I agree to hold such persons harmless, and I do hereby release them from any and all liability for damage of any nature whatsoever for furnishing such information. I understand that failure to provide full and true information on this application may result in disqualification or dismissal.

_____     May 19, 2006
Signature of Applicant                       Date

Return to:   Wallace Community College
             Attention: Office of Personnel
             1141 Wallace Drive
             Dothan, Alabama 36303
             334-556-2425

It is the policy of the Alabama Department of Postsecondary Education including all postsecondary institutions under the control of the Alabama State Board of Education, that no person shall, on the grounds of race, color, disability, sex, religion, creed, national origin, or age, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program, activity, or employment. (Each institution will make reasonable accommodations for qualified disabled applicants or employees.)

EQUAL EMPLOYMENT OPPORTUNITY INFORMATION

The following information is gathered solely for reporting purposes and will not be used to evaluate the applicant's qualifications, suitability, or desirability for employment.

Name __Ware__ __Shatanyi__ __T.__
     Last         First         Middle

Date of Birth __03/22/76__

Ethnic Background (check one):

( ) Native American
(✓) White, not of Hispanic origin
( ) Hispanic
(✓) Black, not of Hispanic origin
( ) Asian/Pacific Islander
( ) Multi-racial
( ) Other

Gender (check one):

( ) Male
(✓) Female

MISCELLANEOUS INFORMATION

Have you ever been employed by the College? ( ) Yes  (✓) No

Position: _____ Employed from _____ to _____

Name(s), relationship, and department of relative(s) presently employed by the College:

_____

EMANUEL--0109--PLF DOX



# ALABAMA COLLEGE SYSTEM
## APPLICATION FOR EMPLOYMENT
### WALLACE COMMUNITY COLLEGE-DOTHAN

APPLICATION No. 1190

**Title of position for which you are applying:** Speech Instructor

**Date of Application:** 5 June 2006

**Last Name:** Emanuel
**First Name:** Richard
**Middle Initial:** C.
**Social Security Number:** [redacted]

**Address:** 1937 Tara Drive
**City:** Prattville
**State:** AL
**ZIP:** 36066

**Phone Home:** 334-491-1269
**Work:** 334-229-4370
**Cell:** 
**E-mail Address:** Rich.Emanuel@yahoo.com

| | School/College | Dates Attended From/To | Major | Minor | Degree(s) Earned |
|---|---|---|---|---|---|
| High School/GED | Sparkman High School | | | | Diploma |
| College | Univ. of Montevallo | 1978 / 1982 | Speech/Theater | Math & English | B.S. degree |
| College | George Washington University | Aug 1982 / Dec 1982 | Computer Science | — | — |
| College | Auburn University | 1983 / 1984 | Speech Comm. | — | M.S.C. degree |
| Other (Specify) | Florida State University | 1986 / 1989 | Comm. | — | Ph.D. degree |

Please list most recent employment experience first.

**Employer:** Alabama State University
**Telephone Number:** 334-229-4493
**Job Duties:** Teach Public Speaking, Honors Courses and Voice & Diction; and fulfill various departmental, college, and university committee responsibilities; Chair - Forensics Program

**Address:** P.O. Box 271, Montgomery, AL 36101
**Dates of Employment:** 2002-Present

**Title:** Assistant Professor   Full-time
**Hourly Rate/Salary:** ~$50,000 / 9 months

**Reason for Leaving:** NA
**Supervisor:** Dr. David Okeowo

RECEIVED
JUN 7 2006


DEFENDANT'S EXHIBIT 29

EMANUEL--0059--PLF DOX

**Employment History (Continued)**

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Auburn University - Montgomery | 334-244-3357 | Teach the Introduction to Communication course |
| **Address** P.O. 244023, Montgomery, AL 36124 | **Dates of Employment** 2005-Present | |
| **Title** Full-time ☐ Part-time ☒ Adjunct Instructor | **Hourly Rate/Salary** $2,000 / class | |
| **Reason for Leaving** NA | **Supervisor** Dr. Donnie Nobles | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Trenholm State Technical College | 334-420-4359 | Teach the Introduction to Communication course |
| **Address** 3920 Troy Highway, Montgomery, AL 36116 | **Dates of Employment** Summer 2005 - Fall 2005 | |
| **Title** Full-time ☐ Part-time ☒ Adjunct Instructor | **Hourly Rate/Salary** $2,000 / class | |
| **Reason for Leaving** Contract ended | **Supervisor** Dr. Julliana Probst | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Lurleen B. Wallace Community College | 334-222-6591 | Teach the Introduction to Communication course |
| **Address** P.O. Box 1418, Andalusia, AL 36420 | **Dates of Employment** 2003-2005 | |
| **Title** Full-time ☐ Part-time ☒ Adjunct Instructor | **Hourly Rate/Salary** $2,000 / class | |
| **Reason for Leaving** Contract ended | **Supervisor** Dr. Mike Daniel | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Huntingdon College | 334-833-4236 | Teach Public Speaking |
| **Address** Cloverdale 134 / Box 120, Montgomery, AL 36106 | **Dates of Employment** Spring 2005 | |
| **Title** Full-time ☐ Part-time ☒ Adjunct Instructor | **Hourly Rate/Salary** $2,500 / class | |
| **Reason for Leaving** Contract ended | **Supervisor** None | |

Attach additional page if needed. — *See additional pages*

May we contact your current employer?   ☒ Yes   ☐ No *Only if offering a contract.*

**Skills, Certifications, Awards or Professional Activities**

*Algernon Sydney Sullivan Award ; Founder of Alabama Speeches— Alabama's first on-line journal ; Active member of the National Communication Association.*

— *See Vita* —

EMANUEL--0060--PLF DOX

| Employer<br>Wallace State Community College | Telephone Number<br>334-876-9270 | Job Duties<br>Teach the Introduction to Communication course |
|---|---|---|
| Address<br>3000 Earl Goodwin Parkway<br>Selma, AL 36702 | Dates of Employment<br>Summer 2003 | |
| Title    Full-time    Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$2,000 / class | |
| Reason for Leaving<br>Contract ended | Supervisor<br>None | |
| Employer<br>University of Montevallo | Telephone Number<br>205-665-6533 | Job Duties<br>Teach the Introduction to Communication course; Teach upper division communication |
| Address<br>Montevallo, AL 35115 | Dates of Employment<br>1999-2002 | courses; Teach Business Communication courses; Sponsor Communication Honor Society; Build the Communication major |
| Title    Full-time    Part-time<br>Assistant Professor | Hourly Rate/Salary<br>~$44,000 / 9 months | |
| Reason for Leaving<br>New employment at Alabama State Univ. | Supervisor<br>Dr. Nancy Bell | |
| Employer<br>Shelton State Community College | Telephone Number<br>205-391-2966 | Job Duties<br>Teach Public Speaking courses |
| Address<br>9500 Old Greensboro Road<br>Tuscaloosa, AL 35405 | Dates of Employment<br>2002 | |
| Title    Full-time    Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$2,000 / class | |
| Reason for Leaving<br>Contract ended | Supervisor<br>Dr. Bruce Bizzoco | |
| Employer<br>Troy State University | Telephone Number<br>334-670-3714 | Job Duties<br>Teach Public Speaking |
| Address<br>Wright Hall, Suite 215<br>Troy, AL 36082 | Dates of Employment<br>Spring 1999 | |
| Title    Full-time    Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$2,000 / class | |
| Reason for Leaving<br>Contract ended | Supervisor<br>Dr. Jim Vickrey | |
| Employer<br>Enterprise State Junior College | Telephone Number<br>334-347-2623 | Job Duties<br>Teach all communication and journalism courses; Advise student publications; Administer |
| Address<br>P.O. Box 1300<br>Enterprise, AL 36331 | Dates of Employment<br>1989-1999 | journalism internship program; Administer student publications scholarship program; Chair MIS committee; Serve on various committees |
| Title    Full-time    Part-time<br>Instructor | Hourly Rate/Salary<br>~$47,000 / 9 months | |
| Reason for Leaving<br>New employment at the Univ. of Montevallo | Supervisor<br>Dr. Scott Smith | |

EMANUEL--0061--PLF DOX

| Employer<br>Faulkner University | Telephone Number<br>334-272-5820 | Job Duties<br>Teach Public Speaking |
|---|---|---|
| Address<br>5345 Atlanta Highway<br>Montgomery, AL 36109 | Dates of Employment<br>Fall 1993 | |
| Title    Full-time    Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$2,000 / class | |
| Reason for Leaving<br>Contract ended | Supervisor<br>None | |
| Employer<br>Florida State University | Telephone Number<br>850-644-9698 | Job Duties<br>Teach Introduction to Communication; Teach Interpersonal Communication |
| Address<br>P.O. Box 1530<br>Tallahassee, FL 32306 | Dates of Employment<br>1986-1989 | |
| Title    Full-time    Part-time<br>Graduate Teaching Assistant | Hourly Rate/Salary<br>$1,500 / class | |
| Reason for Leaving<br>Graduated; Contract ended | Supervisor<br>None | |
| Employer<br>Tift College | Telephone Number<br>478-301-2024 | Job Duties<br>Teach all Speech and Theater courses; Direct Theater |
| Address<br>1400 Coleman Ave.<br>Macon, GA 31207 | Dates of Employment<br>1984-1986 | |
| Title    Full-time    Part-time<br>Chair, Fine Arts;   Theater Director | Hourly Rate/Salary<br>~$30,000 / 9 months | |
| Reason for Leaving<br>Entered doctoral program at FSU | Supervisor<br>Dr. Robert Richardson | |
| Employer<br>Central Alabama Community College | Telephone Number<br>334-347-2623 | Job Duties<br>Teach the Introduction to Communication course |
| Address<br>P.O. Box 699<br>Alexander City, AL 35011 | Dates of Employment<br>Fall 1983 | |
| Title    Full-time    Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$1,500 / class | |
| Reason for Leaving<br>Contract ended | Supervisor<br>None | |
| Employer<br>Auburn University | Telephone Number<br>334-844-2727 | Job Duties<br>Teach Public Speaking |
| Address<br>213 Tichenor Hall<br>Auburn, AL 36849 | Dates of Employment<br>Spring 1983 - Spring 1984 | |
| Title    Full-time    Part-time<br>Graduate Teaching Assistant | Hourly Rate/Salary<br>$1,500 / class | |
| Reason for Leaving<br>Graduated; New employment at Tift College | Supervisor<br>None | |

EMANUEL--0062--PLF DOX

## References

Please list three reliable references, other than relatives, who can provide information verifying qualifications, character, or work experience.

| Name and Title | Address | Phone Number |
|---|---|---|
| Dr. Donnie Nobles | AUM - P.O. Box 244023, Montgomery, AL 36124 | 334-244-3357 |
| Dr. Julliana Probst | Trenholm Tech - 3920 Troy Hwy. Montgomery, AL 36116 | 334-420-4359 |
| Mr. Jim Adams | Troy State University, Troy, AL 36082 | 334-670-3714 |

## Felony Conviction(s)

Have you ever been convicted of or pled no contest or guilty to any felony or any crime involving theft, dishonesty, violence, or sexual misconduct?   ☐ Yes   ☒ No

If yes, explain below:

## Consent Agreement

I represent and warrant that the information I have given on this application is full and true to the best of my knowledge and belief. I further acknowledge that I understand that I must provide documented verification of education, experience, and required certifications and/or licensures. And further, I represent and warrant that I have answered fully and truthfully all questions regarding criminal convictions/records. I hereby expressly request, and give permission to, former employers and any persons who may have pertinent information concerning this application to furnish such information to college officials. I agree to hold such persons harmless, and I do hereby release them from any and all liability for damage of any nature whatsoever for furnishing such information. I understand that failure to provide full and true information on this application may result in disqualification or dismissal.

_Richard C. Emanuel_  
Signature of Applicant

_5 June 2006_  
Date

Return to:   Wallace Community College  
Attention: Office of Personnel  
1141 Wallace Drive  
Dothan, Alabama 36303  
334-556-2425

It is the policy of the Alabama Department of Postsecondary Education including all postsecondary institutions under the control of the Alabama State Board of Education, that no person shall, on the grounds of race, color, disability, sex, religion, creed, national origin, or age, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program, activity, or employment. (Each institution will make reasonable accommodations for qualified disabled applicants or employees.)

EQUAL EMPLOYMENT OPPORTUNITY INFORMATION

The following information is gathered solely for reporting purposes and will not be used to evaluate the applicant's qualifications, suitability, or desirability for employment.

Name  __Emanuel__          __Richard__         __C.__
         Last                  First              Middle

Date of Birth  __9-11-1960__

Ethnic Background (check one):           Gender (check one):

( )   Native American                    (✓)   Male
(✓)   White, not of Hispanic origin      ( )   Female
( )   Hispanic
( )   Black, not of Hispanic origin
( )   Asian/Pacific Islander
( )   Multi-racial
( )   Other

MISCELLANEOUS INFORMATION

ave you ever been employed by the College?  ( ) Yes    (✓) No

Position: _____  Employed from _____ to _____

Name(s), relationship, and department of relative(s) presently employed by the College:

_____