**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DR. RICH EMANUEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| vs. | ) | 2:07-cv-00819-WKW |
| | ) | |
| GEORGE C. WALLACE COMMUNITY COLLEGE, | ) | |
| | | |
| Defendant. | | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The parties have engaged in good-faith settlement discussions, including a face-to-face meeting between plaintiff's counsel and defense counsel regarding settlement, but settlement cannot be reached at this time.  The parties do not believe that mediation would be helpful.

Respectfully submitted,

s/ Adam M. Porter
Adam M. Porter
Attorney for Plaintiff
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
(205) 322-8999

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Andrew W. Christman, Esq.  Gidiere, Hinton, Herndon & Christman  PO Box 4190 Montgomery, AL 36103-4190 and that there are no non-CM/ECF participants in this case.

s/ Adam M. Porter
Attorney for Plaintiff