**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DR. RICH EMANUEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| vs. | ) | 2:07-cv-00819-WKW |
| | ) | |
| GEORGE C. WALLACE COMMUNITY COLLEGE, | ) | |
| | | |
| Defendant. | | |

_____

**PLAINTIFF'S EVIDENCE SUBMITTED IN OPPOSITION**
**TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff submits the following evidence in opposition to defendant's motion for summary

judgment:

1. Exhibits to deposition of Dr. Linda Young

Plaintiff also relies on the depositions and exhibits previously filed by defendant.

Respectfully submitted,

s/ Adam M. Porter
Adam M. Porter
Attorney for Plaintiff
2301 Morris Avenue
Suite 102
Birmingham, Alabama 35203
(205) 322-8999

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2008 I electronically filed the foregoing with the Clerk of
the Court using the CM/ECF system, which will send notification of such filing to Andrew W.
Christman, Esq.  Gidiere, Hinton, Herndon & Christman  PO Box 4190 Montgomery, AL
36103-4190 and that there are no non-CM/ECF participants in this case.

s/ Adam M. Porter
Attorney for Plaintiff

04/14/06  FRI 09:09 FAX
FROM : WCC PERSONNEL          FAX NO. : 3345562463          +++ WALLACE
                                                            Apr. 11 2006 @

## THE ALABAMA COLLEGE SYSTEM
### REQUEST TO FILL POSITION

COPY

Name of Institution_____ Wallace Community College – Dothan_____

Position to Be Filled_____ Speech Instructor_____
                    (Attach copy of vacancy/position announcement)

Salary Schedule  D___     Full-time  X___     Part-time_____     Effective Date_____ Aug 14, 2006__

Justification (Place a check mark by each item as it applies to this position.)

___ Resignation          ___ Effective Management of Institution     ___ Student Services
___ Retirement           ___ Effective Management of               ___ Accreditation Requirements
_X_ New Position          _X_ Instructional Program                  ___ Other

Explanation_____ The College has only two full-time faculty members in this discipline, and one of them leads the College's theatrical productions. Each associate degree and program certificate requires a speech component, and these two faculty members have been continuously teaching overloads. One of them travels to the Sparks Campus to teach classes each term, and the College has a very difficult time finding part-time personnel to teach in this discipline to provide relief to that travel burden. The College's transfer programs are growing and the College is working to revitalize its career/technical programs. The College advertised for a full-time member in summer 2005, but no suitable candidate emerged. The College still needs to employ an additional full-time member in this discipline to meet student demands.

By signing below, the President of the institution affirms that funds are available for the position, and that the position will not create financial hardships for the institution.

Requested by:

_[signature]_                                                    3/31/06
President's Signature                                            Date

---

**THIS SECTION IS TO BE COMPLETED BY DEPARTMENT OF POSTSECONDARY EDUCATION.**

It is recommended that the Chancellor (approve/not approve) this position based on the information provided.

_[signature]_                                                    4/12/06
Department Staff Member                                          Date

| APPROVED | NOT APPROVED: (See below.) |
|---|---|
| _[signature]_  4/14/06 | |
| Roy W. Johnson, Chancellor    Date | Roy W. Johnson, Chancellor          Date |

Your request to fill this position is not approved at this time for the following reasons:

_____          RECEIVED
_____
_____          APR 1 4 2006

4-14-06   c. Personnel
          Susan

GWCC007



## WALLACE COMMUNITY COLLEGE
## REQUEST TO FILL POSITION

Dean originating request: ___John R. Fergus, Dean Acad Aff & Hlth Sci___          Date: __March 20, 2006__
Approval of Administrative Council:                                                                      Date: __March 20, 2006__
Department requesting this position: ___Fine Arts___
Title of position: ___Speech Instructor (Initially Assigned to Sparks Campus)___
Date position is to be filled (allow 6 weeks): __Aug 14, 2006__
Full account number position is to be charged to: _____1-01-6120-501-0000-0001_____
Salary schedule and range to be used for position: _____D-1, $33,891 - $65,071 (nine months)_____

Minimum qualifications for position (education and work experience). Include any required license, certification, or other credentials: __Master's degree from a regionally accredited institution with 18 graduate semester hours or 27 graduate quarter hours in speech, speech communication, communication studies, communication arts, or communication management.__

Preferred qualifications for position (education and work experience): __Additional 18 graduate semester hours or 27 graduate quarter hours in another discipline taught at the College. Teaching experience in a community college. Demonstrated experience in integrating technological innovations into the curriculum including, but not limited to, web-based teaching. Experience in producing and directing student drama activities. Experience in coaching student teams for speech and/or debate competitions.__

Justification for position: _____Current full-time faculty continually carry additional teaching loads, with one full-time member traveling to the Sparks Campus several times each week each term. Speech is a required course in all degree and degree applicable certificates as well as in non-degree certificate programs. Student demand continues to be high at all locations and warrants the additional full-time faculty member in this discipline__

_John R. Fergus_
Signature, Dean Originating Request

RECEIV;
MAR 2 2 2006

\* **Recommended Search Committee:**

__Ms. Tammie Gregg__                                          __Ms. Denise Padgett__

__Ms. Vanessa Dickens__                                      __Ms. Terra Womack__

                                                                          Mr. Terry Schembera

Secretary: ___Ms. Holly Byrd___

**\* ATTACH A CURRENT JOB DESCRIPTION TO THIS FORM AND A MEMO APPOINTING THE SEARCH COMMITTEE (FOR PRESIDENT'S SIGNATURE).**

Approved: _John R. Fergus_                                   _3/21/06_
                /Appropriate Dean/                                    /Date

Approved: _Eva Class_                                           _4/9/06_
              Executive Assistant to the President              Date

Approved: _Linda C Young_                                   _4/9/06_
                    President                                              /Date

**Distribution:** White – Office of Personnel   Yellow – Dean Originating Request – Pink – Campus Dean

GWCC001



WALLACE
COMMUNITY
COLLEGE

WALLACE COMMUNITY COLLEGE
**VACANCY ANNOUNCEMENT**

**SPEECH INSTRUCTOR**

**Start Date: August 14, 2006**

The Instructor position will be based initially at the Sparks Campus in Eufaula.

**QUALIFICATIONS:** Required: Master's degree from a regionally accredited institution with 18 graduate semester hours or 27 graduate quarter hours in speech, speech communication, communication studies, communication arts, or communication management. Preferred: Additional 18 graduate semester hours or 27 graduate quarter hours in another discipline taught at the College. Teaching experience in a community college. Demonstrated experience in integrating technological innovations into the curriculum including, but not limited to, Web based teaching. Experience in producing and directing student drama activities. Experience in coaching student teams for speech and/or debate competition.

**DUTIES:** In addition to adhering to guidelines as specified by the Wallace Community College Personnel Handbook, the Alabama State Board of Education, and the College President, duties will include the following: Under the supervision of the division director, instructional coordinator, or instructional dean, employee instructs students according to established policies and procedures. Employs appropriate teaching strategies in the instructional setting. Serves as advisor in the institutional advisement program. Plans, develops, implements, and evaluates classroom policies and procedures consistent with College policies.

**SALARY:** Based on education and experience commensurate with Salary Schedule D-1 for 9 months (range: $33,891 - $65,071) or 12 months (range: $44,355 - $85,188). Summer term is customary but not guaranteed.

(OVER)

www.wallace.edu



GWCC004

Wallace Community College
Vacancy Announcement – Speech Instructor
Page 2

**SCREENING COMMITTEE:** The President will appoint a Screening and Interview Committee to include representatives of the College faculty and staff. This committee will employ appropriate procedures, including the review of application packets, interview, and demonstration of competency, to determine which applicants are to be recommended to the President for further consideration. Applicants must travel at their own expense. If you have a disability and require accommodation, please notify us at (334) 556-2425.

**APPLICATION DEADLINE/PROCEDURE: A complete application file must be received in the Office of Personnel no later than 1:00 p.m. on Friday, June 9, 2006.** A complete application file consists of a Wallace Community College employment application with three work references; resume; documentation (from current and/or former employers) verifying employment experience (if applicable); a letter describing specifically how your experience and qualifications meet the qualifications outlined for the position; individual transcripts from each college attended (photocopies of transcripts will suffice until employed). Must meet eligibility requirements to work in the U.S. at time of appointment. All application materials should be submitted as a complete package. Applicants who fail to submit all required information will be disqualified. Only applications received during the period of this announcement will be considered. Applications are available from and should be submitted to:

Office of Personnel
ATTN: 2005-06:13
Wallace Community College
1141 Wallace Drive
Dothan, AL 36303-0943
(334) 556-2425

**Wallace Community College is an Equal Opportunity Employer and complies with the Americans with Disabilities Act. As required by the Uniform Guidelines, Wallace Community College is seeking applications in particular from black persons and women, including black women.**





1/4/06

**WALLACE COMMUNITY COLLEGE**
**JOB SEARCH MATERIALS CHECKLIST**

Position: _Speech Instructor_ Date: _3-22-06_

Date
Completed

_3/22_    1.    Receive a Request to Fill Position form, including the Request to Fill
Position form for Chancellor's approval; a current job description/
Reasonable Accommodations Statement; and memo signed by President
notifying the Search Committee. (Revised job descriptions should be
noted at top of first page.)

_3/31_    2.    Assign a vacancy announcement number on log sheet

_3/31_    3.    Prepare draft vacancy announcement and classified advertisement

_3/31_    4.    Route draft vacancy announcement and classified advertisement through
dean initiating request to Executive Assistant to the President for approval.

_3/22_    5.    Prepare vacancy folder (showing title of position and newspaper
advertisement date), and the Applicant Qualifications/Verification form

_4/11_    6.    Fax DPE Request to Fill Position to Chancellor's Office.

_4/14_    7.    Receive Chancellor's approval.

_4/18_    8.    Prepare requisitions for approved newspaper advertisements and submit for
approval.

_4/19_    9.    Receive approved purchase orders for advertisements and place orders for
advertisement with newspaper(s). (**Advertisements must be published by
a date that will allow applicants at least 21 days to respond to
announcement, unless vacancy occurs during an academic term and is
not a supervisory, managerial, or newly created position, in which case,
14 days may be allowed.**)

_4/24_    10.    Post approved vacancy announcement on employment bulletin board in
A-117 on Wallace Campus.



GWCC198



Job Search Materials Checklist
Page 2

_4/24_    11.    Fax or send vacancy announcement to Campus Dean on Sparks Campus, Campus Dean on Wallace Campus, Executive Assistant to the President, and President on Wallace Campus.

_3/22_    12.    Receive approved memo notifying Search Committee from President and distribute to committee members

_4/25_    13.    Complete Recruitment and Selection Committee Appointment form and submit it to DPE Monitor (Ms. Jackie Sexson).

_4/14_    14.    Mail vacancy announcements to applicants from DPE's applicant pool.

_4/24_    15.    Notify (via mail) State Employment Offices and Equal Employment Opportunity Commission of vacancy.

_4/19_    16.    Post vacancy announcement on College Web site.

_4/19_    17.    Post vacancy announcement on IMDiversity.com Web site

_4/19_    18.    Check unsolicited applicant files and mail vacancy announcements to any applicants who appear to meet minimum qualifications.

_4/24_    19.    Mail vacancy announcements to historically black colleges and Universities from Uniform Guidelines.

_4/25_    20.    Mail or provide application materials in response to telephone, facsimile, e-mail, or face-to-face requests.

_4/24_    21.    Mail written announcements to request an application in response to vacancy announcement.

_5/3_    22.    Receive submitted application packets; stamp date on application form; enter on HR Module.

_6/13_    23.    Review application packets for completeness. Attach Applicant Qualification and Verification form. Determine which applicants appear to meet or not meet minimum requirements and which application packets are incomplete to expedite process of Search Committee.

_6/19_    24.    Meet with Search Committee Chair and deliver all application packets. Provide a current copy of *Search Committee/Hiring Procedures Manual* (include vacancy announcement and job description with accommodations

GWCC199

Job Search Materials Checklist
Page 3

statement in front pocket), orient Committee Chair   Restate responsibilities of committee and Committee Chair.  Schedule and coordinate any testing of applicants

*6/22*    25.   Prepare, for Search Committee Chair's signature, letters to applicants who do not meet minimum requirements or did not submit all required application materials

*6/23*    26.   Receive a copy of memo recommending three finalists from Search Committee to President.

*6/26*    27.   Perform reference checks on each finalist and return completed forms, along with final interview packet (as outlined in *Search Committee/ Hiring Procedures Manual*), to President (or designee).

*7/12*    28.   After President (or designee) interviews three finalists, makes a tentative offer, and tentative offer is accepted, letters are prepared by the Personnel Coordinator (for Search Committee Chair's signature) for all applicants interviewed but not selected and signed letters are mailed.  (Copies must be maintained in Search File.)

*7/12*    29.   Receive completed Authorization of Employment/Personnel Request form from appropriate dean

_____    30.   Prepare Contract or Letter of Appointment for President's signature.

*8/21*    31.   Receive signed *Statement of Justification* from President (or designee), justifying selection of finalist for position.  (Copy maintained in search file.)

_____    32.   Prepare letter for President's signature, notifying Chancellor of name, salary, rank and step, ethnic origin, Social Security number, and sex of person selected to fill position

*7/19*    33.   Submit all required information to DPB Monitor for advertised positions covered by the Shuford/Kennedy Consent Decrees (B, C, and D).  Include name, address, race, gender, etc. of each black, female, or black female applicant who applied unsuccessfully (attaching each applicant's resume) for each vacancy.

_____    34.   Prepare announcement of new employee for publication in *FYI*.

GWCC200

Job Search Materials Checklist
Page 4

_____ 35. Collect all materials related to search and hiring process as outlined in *Job Search Materials Checklist.*

- Application
- Transcripts
- Documentation of work experience
- Copy of memo notifying Search Committee, verifying race and gender of committee members (Search Committee names, race, gender, and affiliation must be maintained in computerized database.)
- Vacancy announcement and newspaper advertisements (from actual newspapers, if possible)
- Signed job description/reasonable accommodations statement
- List of applicants who were interviewed, who withdrew, and who did not meet minimum requirements by (1) race and (2) gender (Applicant information must be maintained in a computerized database.)
- Copy of committee's interview schedule, questions, ratings/comments, and scored tally sheets
- Copy of <u>final</u> interview schedule, questions, and ratings/comments from President (or designee) and <u>all</u> others participating in final interviews
- Copy of all committee correspondence
- Summary of each applicant's evaluation by committee, including writing samples, teaching demonstrations, or other skills exercises
- Copy of all recommendations/reference checks
- President's *Statement of Justification*
- Copy of memo requesting names from DPE applicant pool
- Copy of applicant pool printout provided by DPE
- Names of all persons from DPE applicant pool employed through job search
- Copy of all forms submitted to DPE Monitor
- Copy of letters to Chancellor regarding person employed
- Copy all job search materials pertaining to applicant selected and place in personnel file

_____ 36. Ensure that new employee completes <u>all</u> required paperwork for personnel files.

All items on checklist were completed.

_____          _____
Signature                                                                     Date

GWCC201

6/3 L.M.                                                    speech Inst,

COPY

GEORGE C. WALLACE COMMUNITY COLLEGE
REFERENCE CHECK FORM

NAME OF APPLICANT _Shatangi Ware_

NAME OF REFERENCE _Eula Thompson_    COMPANY/AGENCY _Jeff State, C.C_
                                                    _205-856-7826_

RELATIONSHIP OF REFERENCE TO APPLICANT:    _____ Present Employer  _____ Former Employer

_____ Co-Worker    _____ Friend    _X_ Other (specify) _____

1.  Could you tell me a little about this person's skills and abilities? Classroom, Great interaction,
_Engages students, manages classroom, Great interaction,_
_nice person. Students give her great evaluations,_
_Self Starter. Very organized. Students prefer her class_

2.  What are this person's greatest strengths?
_Interacting with students_

3.  What are this person's greatest weaknesses, if any?
_Nothing come to mind._

4.  Any problems with this person's work habits, cooperation, work quality?
_No, She's very cooperative_

5.  On a scale of 1-10 (with 10 being the highest), how would you rate this person's:

    punctuality      _10_
    attendance       _10_
    dependability    _10_
    loyalty          _10_
    initiative       _10_

PLAINTIFF'S
EXHIBIT
5

6.  Did you have or know of any problems with him/her as an employee?
_Wonderful to work with_

7.  Would you hire him/her again?
_If I had a full time position, I'd hire her._

_6/26/00_                    _Angel C Lytter_
DATE                         SIGNATURE OF EMPLOYEE

                                                    8/4/03

**GEORGE C. WALLACE COMMUNITY COLLEGE**
**REFERENCE CHECK FORM**

NAME OF APPLICANT  *Shatangi Ware*

NAME OF REFERENCE  *Dr. Valerie Palmer-Mehta*  COMPANY/AGENCY *Oakland Univ.*
                                                                *248-370-2139*

RELATIONSHIP OF REFERENCE TO APPLICANT:  _____ Present Employer  _____ Former Employer

_____ Co-Worker  _____ Friend  _____ Other (Specify) _____

1  Could you tell me a little about this person's skills and abilities?

2.  What are this person's greatest strengths?

3.  What are this person's greatest weaknesses, if any?

4  Any problems with this person's work habits, cooperation, work quality?

5.  On a scale of 1-10 (with 10 being the highest), how would you rate this person's:

    punctuality      _____
    attendance       _____
    dependability    _____
    loyalty          _____
    initiative       _____

6.  Did you have or know of any problems with him/her as an employee?

7  Would you hire him/her again?

_____          _____
DATE                                       SIGNATURE OF EMPLOYEE

                                                              8/4/03

GWCC080

*4/28 L Msg and email*

## GEORGE C. WALLACE COMMUNITY COLLEGE
### REFERENCE CHECK FORM

NAME OF APPLICANT *Shatangi Ware*

NAME OF REFERENCE *Dr. Marsha Houston*    COMPANY/AGENCY *Univ. of AL - Tusc*
*mhouston@bama.ua.edu*    *905-398-8078*

RELATIONSHIP OF REFERENCE TO APPLICANT: _____ Present Employer _____ Former Employer

_____ Co-Worker _____ Friend _____ Other (Specify)_____

1. Could you tell me a little about this person's skills and abilities?

2. What are this person's greatest strengths?

3. What are this person's greatest weaknesses, if any?

4. Any problems with this person's work habits, cooperation, work quality?

5. On a scale of 1-10 (with 10 being the highest), how would you rate this person's:

   punctuality      _____
   attendance       _____
   dependability    _____
   loyalty          _____
   initiative       _____

6. Did you have or know of any problems with him/her as an employee?

7. Would you hire him/her again?

_____DATE_____          SIGNATURE OF EMPLOYEE _____

8/4/03

6/22 ← M

### GEORGE C. WALLACE COMMUNITY COLLEGE
### REFERENCE CHECK FORM

COPY

NAME OF APPLICANT _Richard Emanuel_

NAME OF REFERENCE _Dr. Donnie Nobles_ COMPANY/AGENCY _Auburn-Mont_

334-244-3357

RELATIONSHIP OF REFERENCE TO APPLICANT: _____ Present Employer _____ Former Employer

_____ Co-Worker _____ Friend _X_ Other (Specify): _____

1  Could you tell me a little about this person's skills and abilities?

_has excellent evaluations by students, good rapport w students, prompt to fulfill requests, keeps current on St pleasant, easy to work with Very smart_

2  What are this person's greatest strengths?

_Collegiality, has never had a negative complaint fro students_

3.  What are this person's greatest weaknesses, if any?

_Tends to b to be lenient with student_

Any problems with this person's work habits, cooperation, work quality?

_NO_

5  On a scale of 1-10 (with 10 being the highest), how would you rate this person's:

| | |
|---|---|
| punctuality | _10_ |
| attendance | _10_ |
| dependability | _10_ |
| loyalty | _10_ |
| initiative | _10+_ |

6.  Did you have or know of any problems with him/her as an employee?

_NO_

7  Would you hire him/her again?

_Would hire him full time if I could._

_6/22/0_ _____
DATE                    SIGNATURE OF EMPLOYEE _Angel C Lynn_

8/4/03

GWCC082

*6/22 LM*

## GEORGE C. WALLACE COMMUNITY COLLEGE
### REFERENCE CHECK FORM

NAME OF APPLICANT _____*Richard Emanuel*_____

NAME OF REFERENCE *Dr. Julliana Probst*    COMPANY/AGENCY *Trenholm Tech*
*334 - 420 - 4359*

RELATIONSHIP OF REFERENCE TO APPLICANT: _____ Present Employer    _____ Former Employer

_____ Co-Worker    _____ Friend    _✓_ Other (Specify) *Supervisor to*
*Emanuel*

1. Could you tell me a little about this person's skills and abilities?
*Very impressive, Dimentiony Job,*


2. What are this person's greatest strengths?
*Very professional*


3. What are this person's greatest weaknesses, if any?
*I don't he has any*


4. Any problems with this person's work habits, cooperation, work quality?
*Not at all*


5. On a scale of 1-10 (with 10 being the highest), how would you rate this person's:

punctuality _*10*_
attendance _*10*_
dependability _*10*_
loyalty _*10*_
initiative _*10+*_

6. Did you have or know of any problems with him/her as an employee?
*Nope.*


7. Would you hire him/her again? *Absolutely!*


DATE _*6/29/06*_    SIGNATURE OF EMPLOYEE *Angel C. Lyzel*

8/4/03

GWCC083

6/22 LM

## GEORGE C. WALLACE COMMUNITY COLLEGE
### REFERENCE CHECK FORM

NAME OF APPLICANT  *Richard Emanuel*

NAME OF REFERENCE  *Mr. Jim Adams*     COMPANY/AGENCY *Troy University*
*334-670-3714*

RELATIONSHIP OF REFERENCE TO APPLICANT:  _____ Present Employer  _____ Former Employer

___X___ Co-Worker  _____ Friend  _____ Other (Specify)_____

*When at al State*
*Ha known is 16 3 years*

1   Could you tell me a little about this person's skills and abilities?
*Up-to-date with technology. Very nice man. Thought of highly by students. Willing to go the extra mile and then some. Never met anyone who was so well suited to be a teacher.*

2   What are this person's greatest strengths?

*N/A*

3   What are this person's greatest weaknesses, if any?

*N/A*

4.   Any problems with this person's work habits, cooperation, work quality?

*N/A*

5.   On a scale of 1-10 (with 10 being the highest), how would you rate this person's:

punctuality      _____
attendance       _____
dependability    _____      *N/A*
loyalty          _____
initiative       _____

6   Did you have or know of any problems with him/her as an employee?

*N/A*

7.   Would you hire him/her again?
*Could'nt find a better instructor.*

DATE  *6/26/06*          SIGNATURE OF EMPLOYEE *Virgil C ___*

8/4/03

T)IChard Rmanuel

### SPEECH INSTRUCTOR
### DEMONSTRATION



Five minute teaching demonstration on a speech-related topic of interviewee's choice:

0  1  2  3  4  (5)  6  7  8  9  10

**Points Earned** __5__
                   10

. Have given you a speech checklist
- Discussed audience analysis
- Gather info. about class
- Def. of communication apprehension-
- Fallacies



Didn't give a title -
Almost impromptu-
Didn't ask questions

Good delivery
-

GWCC139

Michard Nmmuel

0 1 2 3 ④ 7.) What do you know about WCC?
- Signage
- Clean campus
- LRC holdings need updating for comm.

0 1 2 3 ④ 8.) Tell us about your experience working with first generation students?
lot of exp.; study skills; coming to class; the learning curve is steeper
aware of SSS; advantage to succeed

0 1 2 3 ④ 9.) Tell us about your experience and background
- from AL - Masters; speed; heavily interest
Grad from Montevallo Ph.U. - FL St. - taught as GTA, in charge of GTA's

0 1 2 3 ④ 10.) Do you have any experience with web-based learning or using a course management
system like WebCT or Blackboard? Not an expert; piloted ⑮ WebCT.
Summer '97 or '98. Can't be completely online, You can adapt
10b course, I use Blackboard at ASU

Points Earned    40
                 ──
                 40

left research to read

Richard Emanuel

## PERSONAL PROFILE

1  2  3  (4)  1.  Oral communication:  grammar usage appropriate, clearly understood, does not ramble

1  2  3  (4)  2.  Displays professional and self-confident manner:  appropriate dress for interview.

1  2  3  (4)  3.  Makes eye contact during conversation.

1  2  3  (4)  4.  Demonstrates warmth and enthusiasm; clearly interested.

1  2  3  (4)  5.  Written communication:  neat, legible, well-organized, informative, clearly understood, not wordy.

Clarification of questions on application:

Points __20__       Evaluator _Pamela Whitt_       Date _6-22-06_
      20                        Signature

**Accumulated Points:** Interview Questions – possible 40 points    __40__

Personal Profile – possible 20 points    __20__

Demonstration – possible 10 points    __5__

TOTAL POINTS    __65__

GWCC142

## SPEECH INSTRUCTOR
## INTERVIEW FORM

APPLICANT'S NAME _____ Richard Emanuel _____

DATE _____ June 22, 2006 _____

0  1  2  3 (4)  1.) What activities might you use in helping students control their stage fright?

*Circle, icebreaker, circle activity*

0  1  2 (3) 4  2.) What was your major area of interest in your communication major?

*Comm research / theory*
*Public Speaking*
*Interpersonal Community*

0  1  2  3 (4)  3.) Why are you interested in teaching in a community college?

*10 years teaching experience in CC*
*almost 10 years in 4-year institute*

0  1 (2 ½ 3) 4  4.) What do you think you can contribute to our speech department?

*SPH 106 - 107 textbook   match ! do course to course description*
*loaded question.*
*online fundamentals*

0  1  2  3 (4)  5.) Would you like to get involved in student activities (like debate, speech contests or theatre)?

*Yes to all - I've done all of those*
*Supervised student publications, scholarship programs*
*Jrn interships - directed theatre*

0  1  2  3 (4)  6 ) What do you think is the value of a speech class to a community college student?

*BASIC ed*
*Imp role.*

GWCC143

0 1 (2) 3 4    7.) What do you know about WCC?

What I've Seen - today
Computer Labs

0 1 2 3 (4) 8 ) Tell us about your experience working with first generation students?

Study Skills
Coming to Class

0 1 2 (3) 4   9.) Tell us about your experience and background

Full time at

0 1 (2) 3 4   10.) Do you have any experience with web-based learning or using a course management
system like WebCT or Blackboard?

WebCT - piloted

**Points Earned** ___34___
40

11. Do you have any questions for us?

**SPEECH INSTRUCTOR
DEMONSTRATION**

Five minute teaching demonstration on a speech-related topic of interviewee's choice:

0  1  2  3  4  5  6  7  8 (9) 10

Points Earned _____9_____
                  10

## PERSONAL PROFILE

1  2  3 (4)    1.    Oral communication:  grammar usage appropriate, clearly understood, does not ramble.

1  2  3 (4)    2.    Displays professional and self-confident manner:  appropriate dress for interview

1  2  3 (4)    3.    Makes eye contact during conversation.

1  2  3 (4)    4.    Demonstrates warmth and enthusiasm; clearly interested.

1  2  3 (4)    5.    Written communication: neat, legible, well-organized, informative, clearly understood, not wordy.

Clarification of questions on application:

Points _20_    Evaluator _DenBe Padgett_    Date _6/22/06_
___           _____
20              Signature

Accumulated Points: Interview Questions – possible 40 points    _34_

Personal Profile – possible 20 points    _20_

Demonstration – possible 10 points    _9_

TOTAL POINTS    _63_

GWCC146

SPEECH INSTRUCTOR
INTERVIEW FORM

APPLICANT'S NAME _____ Richard Emanuel _____

DATE _____ June 22, 2006 _____

0 1 2 (3) 4   1.) What activities might you use in helping students control their stage fright? _[handwritten]_

0 1 2 3 (4)   2.) What was your major area of interest in your communication major? _[handwritten]_

0 1 2 (3) 4   3.) Why are you interested in teaching in a community college? _[handwritten]_

0 1 2 3 (4)   4.) What do you think you can contribute to our speech department? _[handwritten]_

0 1 2 (3) 4   5.) Would you like to get involved in student activities (like debate, speech contests or theatre)? _[handwritten]_

0 1 2 (5) 4   6 ) What do you think is the value of a speech class to a community college student? _[handwritten]_

0 1 2 3 4    7.) What do you know about WCC?

*[handwritten notes]*

0 1 2 3 4    8) Tell us about your experience working with first generation students?

*[handwritten notes]*

0 1 2 3 4    9.) Tell us about your experience and background

*[handwritten notes]*

0 1 2 3 4    10.) Do you have any experience with web-based learning or using a course management system like WebCT or Blackboard?

*[handwritten notes]*

Points Earned _33_
                40

*[handwritten notes]*

*Richard Mansell*

## PERSONAL PROFILE

1  2  3  (4)        1.    Oral communication:  grammar usage appropriate, clearly
                          understood, does not ramble

1  2  3  (4)        2.    Displays professional and self-confident manner:  appropriate
                          dress for interview.

1  2  (3)  4        3     Makes eye contact during conversation.

1  2  3 (4)         4.    Demonstrates warmth and enthusiasm; clearly interested.

1  2  3 (4)         5     Written communication:  neat, legible, well-organized,
                          informative, clearly understood, not wordy

Clarification of questions on application:

Points _19_        Evaluator _Emma S Perry_              Date _6/22/06_
       20                        Signature

**Accumulated Points:** Interview Questions – possible 40 points        33

                        Personal Profile – possible 20 points           19

                        Demonstration – possible 10 points               9

                              TOTAL POINTS                              61

*Richard H Warner*

## SPEECH INSTRUCTOR
## DEMONSTRATION

Five minute teaching demonstration on a speech-related topic of interviewee's choice:

0  1  2  3  4  5  6  7  8  9  10

Points Earned ___9___
                 10

Speech Checklist for Tutor & T refer back to leaving
the seventer
    * Audience Ana ?
    * comm' obs
    * attitudes Attu
more know about Audience move
Compatible ignore
— do reada, prep ration

GWCC150

### SPEECH INSTRUCTOR
### INTERVIEW FORM

APPLICANT'S NAME _____ Richard Emanuel _____

DATE _____ June 22, 2006 _____

0  1  2  3 (4)    1 )  What activities might you use in helping students control their stage fright?

0  1  2  3 (4)    2 )  What was your major area of interest in your communication major?

0  1  2  3 (4)    3.)  Why are you interested in teaching in a community college?

0  1  2 (3) 4    4 )  What do you think you can contribute to our speech department?

0  1  2  3 (4)    5.)  Would you like to get involved in student activities (like debate, speech contests or theatre)?

0  1  2  3 (4)    6.)  What do you think is the value of a speech class to a community college student?

GWCC151

0  1  2 (3) 4    7 )  What do you know about WCC?

0  1  2 (3) 4    8 )  Tell us about your experience working with first generation students?

0  1  2  3 (4)   9 )  Tell us about your experience and background

0  1  2 (3) 4    10.)  Do you have any experience with web-based learning or using a course management system like WebCT or Blackboard?

**Points Earned** _____ 36 / 40

## PERSONAL PROFILE

1   2   3   (4)        1.   Oral communication:  grammar usage appropriate, clearly
                            understood, does not ramble

1   2   3   (4)        2.   Displays professional and self-confident manner:  appropriate
                            dress for interview

1   2   3   (4)        3.   Makes eye contact during conversation

1   2   3   (4)        4.   Demonstrates warmth and enthusiasm; clearly interested.

1   2   3   (4)        5.   Written communication:  neat, legible, well-organized,
                            informative, clearly understood, not wordy.

Clarification of questions on application:

Points  _20_        Evaluator _Terry J. Schindler_        Date _Jun 22/06_
        20                         (Signature)

Accumulated Points: Interview Questions – possible 40 points        _36_

                    Personal Profile – possible 20 points           _20_

                    Demonstration – possible 10 points              _9_

                    TOTAL POINTS                                    _65_

GWCC153

**SPEECH INSTRUCTOR ___
DEMONSTRATION**

Five minute teaching demonstration on a speech-related topic of interviewee's choice:

- Good eye Contact
- Good energy
- Clear voice
- Good presentation

0  1  2  3  4  5  6  7  8  (9)  10

Points Earned ___9___
          10

GWCC154

**Final Interview Questions**          Applicant: *Richard Emanuel*
**Speech Instructor**                              June 22, 2006

1    We've all read the material you provided, but to get us started please briefly
     describe yourself professionally.

     *tenured assoc prof at ASU, 2yr. college instit. offic.*
     *NCA - actively involved.*

2.   Of all the information contained in your resume and application, what one item
     most qualifies you for this faculty position with us and why?

     *Exp. of varied teaching, diversity*

3    Tell us about a situation or an incident that would exemplify your integrity.

     *Frequently asked by students to give pts. on grade*
     *Absolutely will not alter grades.*

4.   What three words or phrases would your peers would use to describe you and why
     would they choose those words or phrases?

     *- dependable   - collegial (team work) (professionalism)*
     *- hard working*

5.   Tell us briefly about the subject you presented in your teaching demonstration.

     *Speech apprehension - attitude (compare speech process to*
     *giving a gift)*

6.   Tell us about any experience you have in organizing, coaching, and/or judging
     speaking or debating teams.

     *Judging debate & forensics tournaments*

7.   Tell us about any experience you have in planning for and directing student
     theatrical productions.

     *Director of theatre - readers theater - Montgomery*
     *Bus Boycott - Published*

8.   What are your most outstanding qualities?

     *see # 4  , easy to get along, more patient than*
     *strong work ethic                        tolerant*

9.   Describe the best learning experience you've ever had as a student and tell us why
     you would call it your best experience.

     *student government involvement*
     *prob. solving*
     *creative (?.*
     *Teamwork*

GWCC155

10. Many of our students come unprepared to speak at the college level. Tell us about your experiences with such students and give us examples of instances in which you were successful in helping them improve their skills.

*small exercises, small steps, writing exercise, introduce classmates, diagnostic mode - cutting issue*

11. If you are employed, you will be the third member of our speech faculty and a member of the speech discipline committee. What are some of the specific skills you would add to our speech faculty and how would those skills improve the program?

*Get 10b true to description - broad based*

12. As a classroom instructor what do you hope to accomplish in your first meeting of the term with your students?

*vested interest in student success. build stu. confidence, look for success.*

13. How do you motivate yourself to complete unpleasant assignments?

*Remind myself item is part of process. Dong best.*

14. We use an anonymous student evaluation system. What value can an instructor obtain from anonymous student assessment of instruction?

*look for trends - downward to turn around*

15. What experience do you have in participating in or leading curriculum development efforts?

*Build Com. Program Ann. Studys major. Com. Studies - devised programs - dev. curri.*

16. What experience do you have in working with instructional technologies and the Internet and in using those technologies in your teaching activities?

*Powerpoint Presentat.; Blackboard-ASU WebCT - online com.;*

17. Do you have a specific philosophy for dealing with adult students?

*More like older - value - pract. appli. Full time employees*

GWCC156

18. What professional groups do you belong to and how do those memberships and associations help in your professional life?

*SSCA - annual convention 10 yrs.*
*NCA*
*Server committee for Outst. Com coll. teacher*

19. This job requires class preparation, teaching, advising students, having one-on-one student conferences, committee assignments, attending off-schedule meetings, attending honor assemblies, pinning ceremonies, and graduation ceremonies. How do you feel about all of these activities?

*At Super Computer Auth.   State Coord Natl. Syst coll. survey*
*ASU Faculty Senate*

20. Why have you chosen to apply for this position at the Sparks Campus?

*really do like teaching; community involvement*

21. Do have other comments concerning your ability to perform in this speech faculty position that you would like to share with the committee?

*make connection early on w students.*

End of formal questions.  Follow up by any interviewer?

Questions by interviewee?

*Paula C. Mims* 6-22-6
Interviewer                    Date

GWCC157

**Final Interview Questions**          Applicant: *Richard Emanuel*
**Speech Instructor**                              June 22, 2006

1    We've all read the material you provided, but to get us started please briefly
     describe yourself professionally.
     *Tenured assoc prof of ASU — primary business/community communication course —
     lots of community college experience — was which all 4 year schools*

2.   Of all the information contained in your resume and application, what one item
     most qualifies you for this faculty position with us and why?
     *lots of varied teaching experience — lots of classroom — management experience —
     has wide range of classroom experience*

3.   Tell us about a situation or an incident that would exemplify your integrity.
     *often approached by students who need*

4    What three words or phrases would your peers would use to describe you and why
     would they choose those words or phrases?
     *dependable — he will do or be there for sure*
     *hardworking — sees things that need to be done and does it*
     *collegial — professional a/an contributor to his group*

5    Tell us briefly about the subject you presented in your teaching demonstration.
     *taught about speech apprehension — used buying and giving e gift*

6.   Tell us about any experience you have in organizing, coaching, and/or judging
     speaking or debating teams.
     *helped run tournament — has been line lots of judging — runs ASU
     debate*

7.   Tell us about any experience you have in planning for and directing student
     theatrical productions.
     *director of theater at Tift college — Readers Theater has some
     real potential — he's published*

*ached
accountability
nt of students*

8.   What are your most outstanding qualities?
     *dependability — has strong work ethic — easy to get along
     with — more patient than blatant*

9.   Describe the best learning experience you've ever had as a student and tell us why
     you would call it your best experience.
     *involvement in student government — had $100K budget at
     Montevallo — really did have some clout on campus and student
     issues)*

GWCC158

10. Many of our students come unprepared to speak at the college level. Tell us about your experiences with such students and give us examples of instances in which you were successful in helping them improve their skills.

*Start with small steps - diagnostic approach - use small steps to get the going*

11. If you are employed, you will be the third member of our speech faculty and a member of the speech discipline committee. What are some of the specific skills you would add to our speech faculty and how would those skills improve the program?

*knows Tammie and Terry - sees the disconnect between the text and the requirements of the course - suggests the change*

12. As a classroom instructor what do you hope to accomplish in your first meeting of the term with your students?

*wants them to recognize that he wants to be their communication coach - share syllabus - tell them what he'll do - prepare them —*

13. How do you motivate yourself to complete unpleasant assignments?

*understand that its an assignment and does it - looks at it and reflect - on his professional and core work ethic — wants to do his best -*

14. We use an anonymous student evaluation system. What value can an instructor obtain from anonymous student assessment of instruction?

*look for elevation from the norm - look at trends - if seeing a trend may need to change*

15. What experience do you have in participating in or leading curriculum development efforts? *an important task*
*went to Montevallo because he had opportunity to build curriculum for major still fast high*

16. What experience do you have in working with instructional technologies and the Internet and in using those technologies in your teaching activities?

*experience with WebCT - had own web-based courses —*

17. Do you have a specific philosophy for dealing with adult students?

*recognize life experience - knows adults look for value and life applicability - tries to use their life experiences as examples -*

18. What professional groups do you belong to and how do those memberships and associations help in your professional life?

*[handwritten] Southern States Com Conf — Nat'l Communicat. Assoc — serves on committees for NCA — will chair this coming year*

19. This job requires class preparation, teaching, advising students, having one-on-one student conferences, committee assignments, attending off-schedule meetings, attending honor assemblies, pinning ceremonies, and graduation ceremonies. How do you feel about all of these activities?

*[handwritten] happened on lots of committees — likes that experience — state coordinator for NCA annual survey*

20. Why have you chosen to apply for this position at the Sparks Campus?

*[handwritten] like 2-year colleges' role — like being first person to see college students — having done both, prefer the 2 year environ — really like teaching — likes idea of being able/responsible to respond to the community's needs*

21. Do have other comments concerning your ability to perform in this speech faculty position that you would like to share with the committee?

*[handwritten] really likes teaching — confidence he could do a good job — make connections to students*

End of formal questions. Follow up by any interviewer?

Questions by interviewee?

*[handwritten signature] John L. Bergen    6/22/06*
Interviewer                     Date

GWCC160

**Final Interview Questions**          Applicant: *RICHARD EMANUEL*
**Speech Instructor**                                   June 22, 2006

1.  We've all read the material you provided, but to get us started please briefly
    describe yourself professionally

    *4-year and 2-year college teaching*

2.  Of all the information contained in your resume and application, what one item
    most qualifies you for this faculty position with us and why?

    *Teaching experience – varied experience*
    *Small schools and large schools*

3.  Tell us about a situation or an incident that would exemplify your integrity.

    *Will not compromise when student "begs"*
    *for grade after not having earned it.*

4.  What three words or phrases would your peers would use to describe you and why
    would they choose those words or phrases?

    *Dependable          Team member*
    *Hard Working*

5.  Tell us briefly about the subject you presented in your teaching demonstration.

    *Attitudinal word picture*

6.  Tell us about any experience you have in organizing, coaching, and/or judging
    speaking or debating teams.

    *Judging – not much experience in organizing/*
    *Coaching teams*

7.  Tell us about any experience you have in planning for and directing student
    theatrical productions.

    *Director of theatre at Tift College*

8.  What are your most outstanding qualities?

    *Refer to # 4, above.*
    *Holds students accountable*

9.  Describe the best learning experience you've ever had as a student and tell us why
    you would call it your best experience

    *Student government activities*
    *President of student senate at Montevallo*

10. Many of our students come unprepared to speak at the college level. Tell us about your experiences with such students and give us examples of instances in which you were successful in helping them improve their skills.

*Takes students in small steps and move them toward their goal. Determine weakness, reading, writing, etc., and how to deal with it.*

11. If you are employed, you will be the third member of our speech faculty and a member of the speech discipline committee. What are some of the specific skills you would add to our speech faculty and how would those skills improve the program?

*106 would be taught better as broad-based course.*

12. As a classroom instructor what do you hope to accomplish in your first meeting of the term with your students?

*Define his role and students' role in course — moving toward success. Will hold students accountable.*

13. How do you motivate yourself to complete unpleasant assignments?

*"I do it". Reminds himself this is reflection on his professionalism and reflects on the school Core work ethic ... Wants to do his best.*

14. We use an anonymous student evaluation system. What value can an instructor obtain from anonymous student assessment of instruction?

*Look for trends over time and identify things that need to be addressed.*

15. What experience do you have in participating in or leading curriculum development efforts?

*Developed communication curriculum at Montevallo.*

16. What experience do you have in working with instructional technologies and the Internet and in using those technologies in your teaching activities?

*Power point. Web CT. Black board.*

17. Do you have a specific philosophy for dealing with adult students?

*Recognizes adult students have more practical life experiences. Also, many students work fulltime.*

18.   What professional groups do you belong to and how do those memberships and associations help in your professional life?

*Southern States Comm. Assn.*
*National Comm Assn*

19.   This job requires class preparation, teaching, advising students, having one-on-one student conferences, committee assignments, attending off schedule meetings, attending honor assemblies, pinning ceremonies, and graduation ceremonies. How do you feel about all of these activities?

*Has served on a number of committees.*

20.   Why have you chosen to apply for this position at the Sparks Campus?

*Likes 2-year environments. Likes being at 1st exposure level to students entering higher education.*

21.   Do have other comments concerning your ability to perform in this speech faculty position that you would like to share with the committee?

*Can adjust syllabus, etc., as needed to teach the students he has.*

End of formal questions. Follow up by any interviewer?

Questions by interviewee?

_____   6-22-06
Interviewer                Date

NAME OF APPLICANT___Richard Emanuel_____

POSITION    Speech Instructor

DATE    6/29/06                    PHONE NO. FOR INTERVIEW 334-201-9914

TIME___9:15 a.m.

1.  Please give me a brief overview of your education and experience emphasizing the aspects that relate most to this position.

BS Montevallo - Speech & Theatre; MSC - AU; FSU- Ph.D.
Taught FSU; ESJC - 10 yr.; Montevallo & ASU.  Now at ASU.
Adjunct inst. at several CC.

2.  Why do you want to work at WCC?

Prefer 2 yr college setting to 4 yr.  Like Intro to
Comm.  2 yr respond to community

3.  Tell me why you are the best person for this job.

Do understand mission of CC — Loving taught
in CC.  Experience.  Taught diverse
populations).

**(Over)**

GWCC164

4.   Have you ever been employed at WCC before — at any of its campuses of sites?

*No*

If so, for what periods of time?

Full-time or Part-time?

5.   Do you have any questions for me?

Signature of Interviewer/Date    6/29/06

Schembera

## SPEECH INSTRUCTOR
## INTERVIEW SCORE FORM

| Applicant | Terry Schembera | Denise Padgett | Erma Perry | Tameka Williams | Final Score |
|---|---|---|---|---|---|
| Coons, Jill | 56 | 42.5 | 48 | 48 | 194.5 |
| Emanuel, Richard | 65 | 63 | 61 | 1.5 | 254 |
| ~~Jeffrey-Davis, Michelle~~ | | | | | |
| Ware, Shatangi | 50 | 45.5 | 58 | 63 | 216.5 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



PLAINTIFF'S EXHIBIT

GWCC215



## STATEMENT TO THE SEARCH FILE FOR
## SPEECH INSTRUCTOR

On June 22, 2006, Mr. Woodrow Farrington, Ms. Paula Mims, and Mr. John Fergus interviewed the three finalists recommended by the Search Committee for Speech Instructor. I interviewed these candidates on June 30, 2006:

Ms. Jill Coons (white female)
Dr. Richard Emanuel (white male)
Ms. Shatangi Ware (black female)

I selected Ms. Ware as the top candidate for the following reasons:

➤ She has an obvious enthusiasm for her discipline.
➤ She has an obvious concern for students and the teaching and learning process.
➤ She has a record of successful teaching in the courses to be taught.
➤ She has a strong record of involvement in professional development activities in her discipline, including presentations to the Southern States Communication Association.
➤ She demonstrates strong understanding of and support for the community college philosophy.
➤ She has experience with technology in her discipline, including the use of WebCT and the Internet.
➤ Ms. Ware's qualifications seemed to be the best match for the needs of the institution.


Linda C. Young, President
July 17, 2006

RECEIVED

AUG 2 1 2006

GWCC166



ALABAMA COLLEGE SYSTEM

APPLICATION NO. *1442*

# APPLICATION FOR EMPLOYMENT

## WALLACE COMMUNITY COLLEGE-DOTHAN

Title of position for which you are applying *Speech Instructor*

*5/19/06*
Date of Application

| Last Name | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| Ware | Shatangi | T. | 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 |

| Address | | City | State | ZIP |
|---|---|---|---|---|
| P.O. Box 611487 | | Birmingham | AL | 35261 |

Contact Information

| Phone (Home) | (Work) | (Cell) | E-mail Address |
|---|---|---|---|
| (205) 617-5646 | (205) 853-1200 | | shatangiware@hotmail.com |

| | School/College | Dates Attended From/To | Major | Minor | Degree(s) Earned |
|---|---|---|---|---|---|
| High School/GED | Northview High School Dothan, AL | | | | Yes |
| College | Troy State University Troy, AL | Sept. 94 / Mar. 95 | Broadcast Journalism | | No |
| College | Jeff. State Community College B'ham, AL | June 99 / Aug. 00 | Public Relations | | Yes (A.A.) |
| College | University of Alabama Tuscaloosa, AL | Aug. 00 / May 02 | Public Relations | Business | Yes (B.A.) |
| Other (Specify) | University of Alabama Tuscaloosa, AL | Aug. 03 / Dec. 04 | Communication Studies | | Yes (M.A.) |

| Please list most recent employment experience first. | | |
|---|---|---|
| Employer JSCC | Telephone Number (205) 853-1200 | Job Duties Prepare and deliver lectures on topics such as public speaking. |
| Address 2601 Carson Road B'ham, AL 35206 | Dates of Employment Aug. 05- present | Evaluate students' assignment and speeches. |
| Title Speech Instructor ☐ Full-time ☑ Part-time | Hourly Rate/Salary $1275/class | Advise students on academic and career issues. |
| Reason for Leaving | Supervisor Evla Thompson | |



RECEIVED

MAY 2 5 2006

EMANUEL--0106--PLF DOX

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Self-employed | (205) 617-5646 | Produced public relations Communication for individual clients. |
| Address 3021-A Division Ave B'ham, AL | Dates of Employment May 02- present | Designed and implemented solutions to clients' communication problems. |
| Title ☐Full-time ☑Part-time Public Relations Consultant | Hourly Rate/Salary Commensurate with job requested | |
| Reason for Leaving | Supervisor | |

| Employer University of Alabama | Telephone Number (205) 348-7158 | Job Duties Worked with Dr. Braman to help improve students' performance on exams. |
| Address 412 Reese Phifer Tuscaloosa, AL | Dates of Employment Aug. 00 - Jan. 01 | Led after-class discussions to prepare students for exam |
| Title ☐Full-time ☑Part-time Undergraduate T.A. | Hourly Rate/Salary volunteer | |
| Reason for Leaving Professor left UA | Supervisor Dr. Sandra Braman | |

| Employer Wal-Mart | Telephone Number (205) 945-8692 | Job Duties Assisted over 200 customers daily. |
| Address 209 Lakeshore Pkwy B'ham, AL | Dates of Employment March 98 - Jun 99 | Handled over $2000 in cash daily, accurately. |
| Title ☐Full-time ☐Part-time Customer Service Associate | Hourly Rate/Salary $7.50/hr | Trained and supervised many new sales associates |
| Reason for Leaving started school full-time | Supervisor Lisa Jones | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| | | |
| Address | Dates of Employment | |
| Title ☐Full-time ☐Part-time | Hourly Rate/Salary | |
| Reason for Leaving | Supervisor | |

Attach additional page if needed.

**May we contact your current employer?**   ☑ Yes   ☐ No

Certifications, ...s or Professional Activities

Lambda Pi Eta, 2005; National Communication Association, 2005; & Southern States Communication Association, 2005. Proficiency in WebCT, Windows XP (Word, Powerpoint, & Excel), and Quark Xpress. I have judged debate competitions.

Please list three reliable references, other than relatives, who can provide information verifying qualifications, character, or work experience.

| Name and Title | Address | Phone Number |
|---|---|---|
| Evia Thompson Division Chair | JSCC, Dept. of Communication 2601 Carson Road | (205) 856-7826 |
| Dr. Valerie Palmer-Menta Assistant Professor | Oakland University 316 Wilson Hall Rochester, MI 48309 | (248) 370-2139 |
| Dr. Marsha Houston Prof. & Chair of Communication Studies | University of Alabama Box 870172 Tuscaloosa, AL 35487 | (205) 348-3078 |

Have you ever been convicted of or pled no contest or guilty to any felony or any crime involving theft, dishonesty, violence, or sexual misconduct?    ☐ Yes    ☑ No
If yes, explain below:

_____

_____

I represent and warrant that the information I have given on this application is full and true to the best of my knowledge and belief. I further acknowledge that I understand that I must provide documented verification of education, experience, and required certifications and/or licensures. And further, I represent and warrant that I have answered fully and truthfully all questions regarding criminal convictions/records. I hereby expressly request, and give permission to, former employers and any persons who may have pertinent information concerning this application to furnish such information to college officials. I agree to hold such persons harmless, and I do hereby release them from any and all liability for damage of any nature whatsoever for furnishing such information. I understand that failure to provide full and true information on this application may result in disqualification or dismissal.

_____    May 19, 2006
Signature of Applicant              Date

Return to:    Wallace Community College
              Attention: Office of Personnel
              1141 Wallace Drive
              Dothan, Alabama 36303
              334-556-2425

It is the policy of the Alabama Department of Postsecondary Education including all postsecondary institutions under the control of the Alabama State Board of Education, that no person shall, on the grounds of race, color, disability, sex, religion, creed, national origin, or be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program, activity, or employment. (Each institution will make reasonable accommodations for qualified disabled applicants or employees.)

EMANUEL—0108—PLF DOX



## ALABAMA COLLEGE SYSTEM

APPLICATION NO. *1190*

# APPLICATION FOR EMPLOYMENT

## WALLACE COMMUNITY COLLEGE-DOTHAN

| Title of position for which you are applying: | *Speech Instructor* | *5 June 2006* |
|---|---|---|
| | | Date of Application |

| Last Name | First Name | Middle Initial | Social Security Number |
|---|---|---|---|
| *Emanuel* | *Richard* | *C.* | *422·84·0323* |

| Address | | City | State | ZIP |
|---|---|---|---|---|
| *1937 Tara Drive* | | *Prattville* | *AL* | *36066* |

**Contact Information**

| Phone | Home | Work | Cell | E-mail Address |
|---|---|---|---|---|
| | *334·491·1269* | *334·229·4370* | | *Rich. Emanuel@yahoo.com* |

| | School/College | Dates Attended From/To | | Major | Minor | Degree(s) Earned |
|---|---|---|---|---|---|---|
| High School/ GED | *Sparkman High School* | | | | | *Diploma* |
| College | *Univ. of Montevallo* | *1978* | *1982* | *Speech/ Theater* | *Math & English* | *B.S. degree* |
| College | *George Washington University* | *Aug 1982* | *Dec 1982* | *Computer Science* | *—* | *—* |
| College | *Auburn University* | *1983* | *1984* | *Speech Comm.* | *—* | *M.S.C. degree* |
| Other (Specify) | *Florida State University* | *1986* | *1989* | *Comm.* | *—* | *Ph. D. degree* |

**Please list most recent employment experience first.**

| Employer Alabama State University | Telephone Number 334-229-4493 | Job Duties Teach Public Speaking, Honors Courses and Voice & Diction; and fulfill various |
|---|---|---|
| Address P.O. Box 271 Montgomery, AL 36101 | Dates of Employment 2002-Present | departmental, college, and university committee responsibilities; Chair - Forensics Program |
| Title    Full-time    Part-time Assistant Professor | Hourly Rate/Salary ~$50,000 / 9 months | |
| Reason for Leaving NA | Supervisor Dr. David Okeowo | |



RECEIVED

JUN 7 2006

EMANUEL--0059--PLF DOX

| Employer<br>Auburn University - Montgomery | Telephone Number<br>334-244-3357 | Job Duties<br>Teach the Introduction to Communication course |
|---|---|---|
| Address<br>P.O. 244023<br>Montgomery, AL 36124 | Dates of Employment<br>2005-Present | |
| Title        Full-time      Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$2,000 / class | |
| Reason for Leaving<br>NA | Supervisor<br>Dr. Donnie Nobles | |
| Employer<br>Trenholm State Technical College | Telephone Number<br>334-420-4359 | Job Duties<br>Teach the Introduction to Communication course |
| Address<br>3920 Troy Highway<br>Montgomery, AL 36116 | Dates of Employment<br>Summer 2005 - Fall 2005 | |
| Title        Full-time      Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$2,000 / class | |
| Reason for Leaving<br>Contract ended | Supervisor<br>Dr. Julliana Probst | |
| Employer<br>Lurleen B. Wallace Community College | Telephone Number<br>334-222-6591 | Job Duties<br>Teach the Introduction to Communication course |
| Address<br>P.O. Box 1418<br>Andalusia, AL 36420 | Dates of Employment<br>2003-2005 | |
| Title        Full-time      Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$2,000 / class | |
| Reason for Leaving<br>Contract ended | Supervisor<br>Dr. Mike Daniel | |
| Employer<br>Huntingdon College | Telephone Number<br>334-833-4236 | Job Duties<br>Teach Public Speaking |
| Address<br>Cloverdale 134 / Box 120<br>Montgomery, AL 36106 | Dates of Employment<br>Spring 2005 | |
| Title        Full-time      Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$2,500 / class | |
| Reason for Leaving<br>Contract ended | Supervisor<br>None | |

Attach additional page if needed. — *See additional pages*

lay we contact your current employer?        ☐ Yes        ☐ No *Only if offering a contract.*

*Algernon Sydney Sullivan Award ; Founder of Alabama Speeches—
Alabama's first en-line journal ; Active member of
the National Communication Association.*
       *— See Vita —*

EMANUEL--0060--PLF DOX

| Employer<br>Wallace State Community College | Telephone Number<br>334-876-9270 | Job Duties<br>Teach the Introduction to Communication course |
|---|---|---|
| Address<br>3000 Earl Goodwin Parkway<br>Selma, AL 36702 | Dates of Employment<br>Summer 2003 | |
| Title      Full-time      Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$2,000 / class | |
| Reason for Leaving<br>Contract ended | Supervisor<br>None | |
| Employer<br>University of Montevallo | Telephone Number<br>205-665-6533 | Job Duties<br>Teach the Introduction to Communication course;<br>Teach upper division communication |
| Address<br>Montevallo, AL 35115 | Dates of Employment<br>1999-2002 | courses; Teach Business Communication<br>courses; Sponsor Communication Honor Society; Build<br>the Communication major |
| Title      Full-time      Part-time<br>Assistant Professor | Hourly Rate/Salary<br>~$44,000 / 9 months | |
| Reason for Leaving<br>New employment at Alabama State Univ. | Supervisor<br>Dr. Nancy Bell | |
| Employer<br>Shelton State Community College | Telephone Number<br>205-391-2966 | Job Duties<br>Teach Public Speaking courses |
| Address<br>9500 Old Greensboro Road<br>Tuscaloosa, AL 35405 | Dates of Employment<br>2002 | |
| Title      Full-time      Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$2,000 / class | |
| Reason for Leaving<br>Contract ended | Supervisor<br>Dr. Bruce Bizzoco | |
| Employer<br>Troy State University | Telephone Number<br>334-670-3714 | Job Duties<br>Teach Public Speaking |
| Address<br>Wright Hall, Suite 215<br>Troy, AL 36082 | Dates of Employment<br>Spring 1999 | |
| Title      Full-time      Part-time<br>Adjunct Instructor | Hourly Rate/Salary<br>$2,000 / class | |
| Reason for Leaving<br>Contract ended | Supervisor<br>Dr. Jim Vickrey | |
| Employer<br>Enterprise State Junior College | Telephone Number<br>334-347-2623 | Job Duties<br>Teach all communication and journalism courses;<br>Advise student publications; Administer |
| Address<br>P.O. Box 1300<br>Enterprise, AL 36331 | Dates of Employment<br>1989-1999 | journalism internship program; Administer<br>student publications scholarship program; Chair MIS<br>committee; Serve on various committees |
| Title      Full-time      Part-time<br>Instructor | Hourly Rate/Salary<br>~$47,000 / 9 months | |
| Reason for Leaving<br>New employment at the Univ. of Montevallo | Supervisor<br>Dr. Scott Smith | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Faulkner University | 334-272-5820 | Teach Public Speaking |
| **Address** 5345 Atlanta Highway Montgomery, AL 36109 | **Dates of Employment** Fall 1993 | |
| **Title**   Full-time   Part-time Adjunct Instructor | **Hourly Rate/Salary** $2,000 / class | |
| Reason for Leaving Contract ended | Supervisor None | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Florida State University | 850-644-9698 | Teach Introduction to Communication; Teach Interpersonal Communication |
| **Address** P.O. Box 1530 Tallahassee, FL 32306 | **Dates of Employment** 1986 -1989 | |
| **Title**   Full-time   Part-time Graduate Teaching Assistant | **Hourly Rate/Salary** $1,500 / class | |
| **Reason for Leaving** Graduated; Contract ended | **Supervisor** None | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Tift College | 478-301-2024 | Teach all Speech and Theater courses; Direct Theater |
| **Address** 1400 Coleman Ave. Macon, GA 31207 | **Dates of Employment** 1984 -1986 | |
| **Title**   Full-time   Part-time Chair, Fine Arts;   Theater Director | **Hourly Rate/Salary** ~$30,000 / 9 months | |
| **Reason for Leaving** Entered doctoral program at FSU | **Supervisor** Dr. Robert Richardson | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Central Alabama Community College | 334-347-2623 | Teach the Introduction to Communication course |
| **Address** P.O. Box 699 Alexander City, AL 35011 | **Dates of Employment** Fall 1983 | |
| **Title**   Full-time   **Part-time** Adjunct Instructor | **Hourly Rate/Salary** $1,500 / class | |
| **Reason for Leaving** Contract ended | **Supervisor** None | |

| Employer | Telephone Number | Job Duties |
|---|---|---|
| Auburn University | 334-844-2727 | Teach Public Speaking |
| **Address** 213 Tichenor Hall Auburn, AL 36849 | **Dates of Employment** Spring 1983 - Spring 1984 | |
| **Title**   Full-time   Part-time Graduate Teaching Assistant | **Hourly Rate/Salary** $1,500 / class | |
| **Reason for Leaving** Graduated; New employment at Tift College | **Supervisor** None | |

Please list three reliable references, other than relatives, who can provide information verifying qualifications, character, or work experience.

| Name and Title | Address | Phone Number |
|---|---|---|
| Dr. Donnie Nobles | AUM - P.O. Box 244023 Montgomery, AL 36124 | 334·244·3357 |
| Dr. Julliana Probst | Trenholm Tech - 3920 Troy Hwy. Montgomery, AL 36116 | 334·420·4359 |
| Mr. Jim Adams | Troy State University Troy, AL 36082 | 334·670·3784 |

Have you ever been convicted of or pled no contest or guilty to any felony or any crime involving theft, dishonesty, violence, or sexual misconduct?    ☐ Yes    ☑ No
If yes, explain below:

_____

_____

I represent and warrant that the information I have given on this application is full and true to the best of my knowledge and belief. I further acknowledge that I understand that I must provide documented verification of education, experience, and required certifications and/or licensures. And further, I represent and warrant that I have answered fully and truthfully all questions regarding criminal convictions/records. I hereby expressly request, and give permission to, former employers and any persons who may have pertinent information concerning this application to furnish such information to college officials. I agree to hold such persons harmless, and I do hereby release them from any and all liability for damage of any nature whatsoever for furnishing such information. I understand that failure to provide full and true information on this application may result in disqualification or dismissal.

_Richard C. Emanuel_
Signature of Applicant

_5 June 2006_
Date

Return to:    **Wallace Community College**
Attention: Office of Personnel
1141 Wallace Drive
Dothan, Alabama 36303
334-556-2425

It is policy of the Alabama Department of Postsecondary Education including all postsecondary institutions under the control of the Alabama State Board of Education, that no person shall, on the grounds of race, color, disability, sex, religion, creed, national origin, or age, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any program, activity, or employment. (Each institution will make reasonable accommodations for qualified disabled applicants or employees.)

# Richard Emanuel

## PROFESSIONAL PROFILE

Teacher ♦ Trained Problem Solver ♦ Team Player
Effective Public Speaker and Presenter
Excellent Writer ♦ Strong Administrative Leadership Abilities

Creative, Published Scholar with strong background in
Communication, Research, and Computer Science

Active Community Service Volunteer ♦ Speech Consultant

Computer Skills – Online instruction via Blackboard,
Word processing, Spreadsheet, Desktop Publishing

Goal Oriented ♦ Attentive to Detail ♦ Self Motivated
Principled ♦ Enthusiastic ♦ Dedicated



EMANUEL–0246–PLF DOX

Richard Emanuel                                                                    2

# EDUCATIONAL BACKGROUND

FLORIDA STATE UNIVERSITY   Tallahassee, Florida / 1989
    **Doctor of Philosophy Degree**
    Major Concentration: Communication Theory and Research
    Teaching Assistantship: College of Communication
    President, Graduate Student Advisory Council

AUBURN UNIVERSITY   Auburn, Alabama / 1984
    **Master of Speech Communication Degree**
    Major Concentration: Speech Communication
    Teaching Assistantship: College of Liberal Arts
    Professional Internship: Minority Student Recruiting

GEORGE WASHINGTON UNIVERSITY   Washington, D.C. / 1982
    Graduate Coursework
    Major Concentration: Information Systems Technology
    Scottish Rite Fellow - School of Government & Business Administration

UNIVERSITY OF MONTEVALLO   Montevallo, Alabama / 1982
    **Bachelor of Science Degree**
    Major Concentration: Speech & Theater
    Minor Concentrations: English, Math
        Awards and Activities:
            Algernon Sydney Sullivan Award (most outstanding male graduate)
            Student advisor to the University President
            Student Government Association - Vice President,
                Senate President, Senator
            Omicron Delta Kappa National Leadership Honor Society
            Lambda Pi Eta National Communication Studies Honor Society
            Sigma Tau Delta English Honor Society
            Alpha Psi Omega Theatre Honor Society
            Speech Department Senior Elite Award
            Civitan Citizenship Scholarship
            Forensics Team Member
            Dean's List
            College Night Production (a unique campus tradition)
            Who's Who Among Students in American Colleges & Universities

EMANUEL--0247--PLF DOX

Richard Emanuel                                                                3

# PROFESSIONAL EXPERIENCE

**Associate Professor of Communication**
Alabama State University / Montgomery, AL / 2002-Present
> Teach undergraduate Communication courses
> Chair - College of Arts & Sciences Courtesy Committee
> Chair – College of Arts & Sciences Curriculum Committee
> Chair – Communication Department Retention Committee
> Chair – Communication Department Forensics Committee
> Chair – Faculty Senate Budget Review Committee
> Faculty Senate - Senator-at-large
> Provide academic advising for student academic plans
> Participate in national professional organizations

**Assistant Professor of Communication**
University of Montevallo College of Fine Arts / Montevallo, AL / 1999-2002
> Teach graduate and undergraduate Communication courses
> Member of the Graduate Faculty
> Advisor/Founder – Lambda Nu Chapter - Lambda Pi Eta National Honor Society
> Chair – Communication Arts Scholarship Committee
> Provide instruction, guidance and supervision for student academic plans
> Sponsor and advise student organizations
> Review textbooks
> Participate in national professional conventions

**Instructor of Communication**
Enterprise State Junior College / Enterprise, AL / 1989-1999
> Chair - Committee responsible for campus Internet connection
> Chair - Student Publications Scholarship Committee
> Pilot-test Alabama's first web-based Public Speaking course using WebCT
> Direct Communication Internship Program
> Direct Student Publications
> Direct Readers Theater presentations
> Curriculum Committee

**Assistant Professor of Communication and Acting Chair, Fine Arts Department**
Tift College of Mercer University / Macon, GA / 1984-1986
> Responsible for budget, student employees, and theater facilities
> Theater Director – College and Community Theater

**Adjunct Instructor of Communication**
USAF Air Command and Staff College –

| | | |
|---|---|---|
| Qualified Distance Learning Instructor | Montgomery, AL | Fall 2007 |
| Auburn University – Montgomery | Montgomery, AL | 2005-2006 |
| Trenholm State Technical College | Montgomery, AL | Summer & Fall 2005 |
| Lurleen B. Wallace Community College | Andalusia, AL | 2003-2005 |

EMANUEL--0248--PLF DOX

Richard Emanuel                                                              4

## PROFESSIONAL EXPERIENCE (continued):

### Adjunct Instructor of Communication

| | | |
|---|---|---|
| Huntingdon College | Montgomery, AL | Spring 2005 |
| Wallace Community College Selma | Selma, AL | Summer 2003 |
| Shelton State Community College | Tuscaloosa, AL | Spring 2002 |
| Michael E. Stephens College of Business | Montevallo, AL | 1999-2000 |
| Troy University | Troy, AL | 1999 |
| Faulkner University | Montgomery, AL | 1993 |
| Central Alabama Community College | Phenix City, AL | 1983 |

### Graduate Student Instructor

| | | |
|---|---|---|
| Florida State University | Tallahassee, FL | 1986-1989 |
| Auburn University | Auburn, AL | 1983-1984 |

# PUBLICATIONS

Communication Education in U.S. Community Colleges: A Status Report.  Accepted for publication in *Communication Education*, 2008.

How college students spend their time communicating.  Accepted for publication in the *International Journal of Listening*, Spring 2008.

Assessing college student perceptions of instructor customer service via the Quality of Instructor Service to Students (QISS) Questionnaire.  *Journal of Assessment and Evaluation in Higher Education*, October 2006.

The Case for Fundamentals of Oral Communication.  *Community College Journal of Research and Practice*, February 2005.

Do students' style preferences differ by grade level, orientation toward college, and academic major? *Research in Higher Education*, June 1992.

Student's preferences for communication styles and their relationship to achievement. *Communication Education*, July 1990.

The Montgomery Bus Boycott: A Readers Theater Production Compiled, Edited and Directed by Richard C. Emanuel.  *Readers Theatre Digest*, Issue #10, Fall 2005.  On-line at www.readerstheatredigest.com.

I Rise: A Testimony of Commitment and Sacrifice for Civil Rights: A Readers Theater Production Compiled, Edited and Directed by Richard C. Emanuel.  *Readers Theatre Digest*, Issue #8, Spring 2005.

*Talk about campus sustainability: Do students know what this means? Do they care?* Accepted for presentation at the Humanities and Technology Association annual conference, Terre Haute, IN, October 2007.

*The State of Communication Education in Alabama.* Presented at the Alabama Articulation and General Studies Committee meeting, Montgomery, AL, March 2007.

*How African-American college students spend their time communicating.* Presented at the Alabama State University College of Arts and Sciences Research and Creative Activities Symposium, Montgomery, AL, March 2007.

*The Communication Curricula in the Nation's Community Colleges: Our Next Steps.* Presented at the National Communication Association Convention, San Antonio, TX, November 2006.

*How college students spend their time communicating.* Presented at the National Communication Association Convention, San Antonio, TX, November 2006.

*What NCA does and is doing for two-year college instructors.* Presented at the National Communication Association Convention, Boston, MA, November 2005.

*Applying the Quality of Instructor Service to Students (QISS) approach to Student Relationship Management (SRM).* Invited presentation at the International Alliance of Teachers/Scholars Lilly North Conference on College Teaching and Learning, Traverse City, MI, September 2005.

*Assessing college student perceptions of instructor customer service via the Quality of Instructor Service to Students (QISS) questionnaire.* Presented at the Southern States Communication Association Convention, Baton Rouge, LA, April 2005.

*Teaching in the Community College: How and why it is different than 4-year institutions.* Presented at the National Communication Association Convention, Chicago, IL, November 2004.

*Reaching out beyond the traditional classroom: Online Public Speaking.* Presented at the National Communication Association Convention, Miami Beach, FL, November 2003.

*Progressive Persuasion: A Great Idea for Teaching Speech (G.I.F.T.S.).* Presented at the National Communication Association Convention, Miami Beach, FL, November 2003.

*Developing and using an on-line speech journal as a resource for rhetorical analysis.* Presented at the National Communication Association Convention, Atlanta, GA, November 2001.

*Alabama Speeches: On-line resource for rhetorical analysis.* Presented at the National Communication Association Convention, Atlanta, GA, November 2001.

*Professional Development Workshop for Alabama's Two-Year College Speech Instructors.* Montevallo, AL, March 2001

*Public Speaking: Your Ally or Your Enemy.* Presented to the State Association of Admissions Counselors & Registrars, Mobile, AL, Spring 1997.

*Leadership and Communication.* An invited presentation at the Wiregrass Leadership Conference, Dothan, AL, Spring 1996.

*Taming Your Southern Accent.* A short-course in accent reduction offered to the Wiregrass community, Enterprise, AL, Spring 1994.

*Address to Seniors.* Presented to the University of Montevallo degree candidates, Montevallo, AL, Spring 1991.

*Grade level differences in preferences for learning styles and instructor communicator style.* Presented at the International Communication Association Convention, San Francisco, CA, 1989

*Adolescents' preferences for instructional styles and their relationship to achievement.* Presented at the International Communication Association Convention, San Francisco, CA, 1989.

Richard Emanuel                                                                                                7

# COURSES TAUGHT

ADVANCED PUBLIC SPEAKING
       This is a performance course that includes study of the history and theory of
public address, with emphasis on composition and delivery.
Prerequisite: Fundamentals of Public Speaking.

BUSINESS COMMUNICATION
       This course covers written, oral and nonverbal forms of communication.
Topics include the application of communication principles to the production of
clear, correct, and logically organized faxes, e-mail, memos, letters, résumés, reports,
and other business communications.

COMMUNICATION RESEARCH METHODS
       This course examines the relationship of theory and methods, research design,
and measurement in communication contexts.

COMMUNICATION THEORY
       This course offers an in-depth exploration of communication theories as they
relate to interpersonal, group, public, and other communication contexts. Emphasis
is placed on how theories are formulated and evaluated.  This course carries Writing
Reinforcement credit.

FUNDAMENTALS OF ORAL COMMUNICATION
       This is course provides an overview of communication that includes the
principles of human communication in a variety of contexts. The course focuses on
public speaking, theory, and group communication. It provides students with
opportunities for practical application of communication principles.

FUNDAMENTALS OF PUBLIC SPEAKING
       This course explores principles of audience and environment analysis as well
as the actual planning, rehearsing and presenting of formal speeches to specific
audiences. Historical foundations, communication theories and student
performances are emphasized.

GROUP DISCUSSION
       This course explores the principles and theories of small group processes with
an emphasis on group problem-solving.  This course also provides opportunities for
service-learning application of group problem-solving skills.

INTERPERSONAL COMMUNICATION
       Students study effective dyadic communication in family, social, and work
environments.  The course explores such topics as the development of the self-
concept, perception, language, nonverbal communication, and conflict management.

## Richard Emanuel                                                        8

**COURSES TAUGHT** (continued):

**INTRODUCTION TO MASS COMMUNICATION**
A general study of mass communication and journalism. This course includes history, theory, development, regulation, operation, and effects of mass communication upon society.

**INTRODUCTION TO THEATER**
A general study of the history and development of theater. This course introduces basic theatrical elements and techniques.

**NEWS WRITING**
This course is a first writing course in journalism. It features journalistic style, copy reading, story types, headlines, and page make-up. This course also includes instruction and practice in news gathering and news writing techniques.

**ORGANIZATIONAL COMMUNICATION**
This course is a study of the principles of group discussion, leadership, conflict, and communication patterns in businesses and organizations.

**ORAL INTERPRETATION**
This course helps students develop specific skills in the analysis and oral interpretation of poetry, prose, and drama.

**RADIO AND TELEVISION NEWSWRITING**
A study of basic styles, principles and techniques of broadcast news writing and editing.

**RHETORICAL CRITICISM**
An analysis of speeches, campaigns, and other rhetorical artifacts, using established methodologies. Prerequisite: English Composition and six hours of Communication Studies courses.

**VOICE AND DICTION**
This course provides training for improvement in use of the speaking voice. Attention is focused on standards of Standard American English. A study of the International Phonetic Alphabet is included.

# PROFESSIONAL MEMBERSHIPS

*National Communication Association*
Active Member of the Community College Section
Chair, Outstanding Community College Educator Award Committee
Founder, Community College Section web site

*Southern States Communication Association*
Executive Director Search Committee Member

## Richard Emanuel                                                                 9

### Community Service

- *Montgomery's Civil Rights Tour brochure.* A self-guided driving tour of historic Civil Rights landmarks in Montgomery, Alabama. Presented to the city of Montgomery. October 18, 2005.
- *Monumental Statements of Faith.* Presented to the Governor and State Auditor of Alabama. May 2005.
- *Individual Professional Certification.* Proposal submitted to the American Communication Association. March 2002.
- *Dr. King had it right.* Letter to the editor of the *Birmingham News.* February 2002.
- *The Great State Game.* Idea submitted to The American Village and Citizenship Trust. September 2001.
- *Penny Press.* Idea submitted to The American Village and Citizenship Trust. September 2001.
- *Alabama State quarter.* Design submitted to the Alabama State Department of Education. August 2001.
- EF Educational Tours Spring Break Travel Leader – Italy 2001
- *Algernon Sydney Sullivan Award pin.* Idea submitted to the Algernon Sydney Sullivan Foundation. February 2001.
- *Noise Ordinance legislation.* Submitted to the Alabama League of Municipalities. June 2000.
- *Textbook rental project.* Submitted to the Enterprise State Junior College Business Office. March 1998.
- Montevallo Class of 1982 Representative
- "Remember Columbine" – created fund-raising vinyl-cling sticker
- American Heart Association – fund-raising volunteer
- Boy Scouts of America – Assistant Den Leader
- Habitat for Humanity – construction volunteer, fund-raising volunteer
- National Cancer Society – fund-raising volunteer
- Special Olympics - volunteer
- YMCA – little league tee-ball coach

### Church-Related Service

- Los Hurtados, Nicaragua – short-term volunteer evangelism mission project
- Juan Griego, Venezuela – Autauga Baptist Association dental/evangelism project
- Montevallo, AL – College and Career Sunday School teacher; Finance committee
- Malindi, Kenya – participated in a two-week evangelism effort
- Enterprise, AL – Ordained Deacon; evangelism trainer
- Inlet, NY – construction mission volunteer
- Oklahoma City, OK –downtown rescue mission volunteer
- Providence, RI – backyard Bible club leader
- Navajo Reservation, NM – church construction and evangelism team
- Washington, DC –inner-city day camp leader
- Huntsville, AL – inner city day camp leader; Tour Choir member

EMANUEL--0254--PLF DOX

# What students are saying* about Dr. Emanuel at Alabama State University

"Dr. Emanuel is a good teacher who cares about his students."

"The teacher takes time to help the class when we don't understand."

"I am glad that this class is taught at a reasonable rate. It is so organized. You take the class step by step."

"He never wastes a minute of class time!"

"Dr. Emanuel is determined to help the class pass if they are willing to help themselves. I am also glad that he starts on time and finishes on time. Punctuality is a plus."

"Dr. Emanuel is a good teacher who explains the material very well and does everything he can to help you get an A."

"Dr. Emanuel is an excellent instructor. I was very encouraged by him. He's an understanding, fair teacher."

"He relates Public Speaking to everyday life."

"Dr. Emanuel is a very good instructor. He takes the time to help you understand and he makes the class interesting."

"He is an extremely talented teacher. He makes the class interesting and fun."

"Your class was great overall!"

"I always felt comfortable coming to class for the simple fact that I knew I would learn something different every day."

"I feel that this was the best class I have been in since I've been at ASU. You are a great professor and a lot of fun even when you are serious."

"I loved this class. I looked forward to coming to class. I learned a lot. I would recommend this class to all of my friends."

"You are very organized and always on time. I give you an A+ as a teacher."

"I love the way you conducted your class. If I were you I wouldn't change a thing – it can't get any better than that."

* Comments voluntarily provided on Instructor/Course evaluations at Alabama State University.

# What students said* about Dr. Emanuel at LBW Community College

"I liked being in your class and I think you are a great teacher."

"I really enjoyed the class. It helped me to become a more confident public speaker."

"I have really enjoyed your class. I hope that your next speech class enjoys your class as much as I have. Thanks for the rewarding experience."

"This speech class was a great experience for me. In this class I learned how to interact with others. At first I was pretty nervous about doing a public speech, but since I have been in this class I have learned how to prepare and present a speech. This speech class also taught me about the most important factor in a conversation – Listening. This was a great class and I enjoyed it."

"Your relaxed demeanor makes class enjoyable. It also makes you approachable as an instructor."

"The course was well taught and very organized."

. have enjoyed this class. I think that you are a great teacher; students can learn a lot in your class if they are willing to learn. Thank you, Dr. Emanuel, for a great speech class."

"I enjoyed this class and I would recommend it to anyone."

* Comments voluntarily provided by students at LBW Community College.

EMANUEL–0256–PLF DOX

# What others are saying about Dr. Emanuel

"Richard is a valuable addition to this department. His comments in faculty meetings are reasoned and thoughtful. He brings maturity and teaching experience to a relatively inexperienced faculty."
— COMMUNICATION ARTS DEPARTMENT CHAIR

"Dr. Emanuel knows his subject matter. The material presented was very significant. He gave very good examples of points made. In all, his classroom presentation was well prepared and well organized."
— ENGLISH & COMMUNICATION DIVISION CHAIR

"Dr. Emanuel is an excellent classroom instructor. He knows his subject area, is well prepared for his class instruction, [and he] is comfortable with a variety of classroom presentations including the lecture, discussion groups, projects, student reports, student panels, and seminar-type discussions."
— VICE PRESIDENT FOR EDUCATIONAL PROGRAMS AND DEAN

"In the community, Dr. Emanuel readily gives his time to work with the Arts Alliance, to judge literary competitions, and most recently to serve as a consultant to a local high school as they consider building an auditorium for their institution."
— DIVISION OF ARTS & SCIENCES CHAIR

"Dr. Emanuel is a man of extraordinary competence and caring commitment to the highest ideals of the profession. He is a role model who believes, as I do, that we should practice what we preach. He is a capable teacher and creative researcher, whose quiet manner sometimes may conceal the dedication and passion he possesses."
— DEPARTMENT OF SPEECH & THEATER CHAIR

"I have seen Dr. Emanuel make presentations, I have heard him discuss pedagogical issues, and I have heard his students talk about his courses. I am convinced that he is a solid teacher, one who has high standards and also cares about individual students and their learning."
— ASSOCIATE PROFESSOR OF COMMUNICATION

"Thanks again for your letters of reference which helped our daughter obtain scholarships and Wheaton College admission."
— GRATEFUL PARENTS

# What students said* about Dr. Emanuel at the University of Montevallo

"Dr. Emanuel is a wonderful professor. He is so down to earth and understanding. All teachers need this trait. I thoroughly enjoyed being in his class."

"Dr. Emanuel is a great teacher. He is knowledgeable and he truly cares about his students."

"I wish I could bubble in a 10 (the highest rating only goes to '5') on 'clearly explains concepts, ideas, or theories'."

"Dr. Emanuel is a wonderful instructor. He truly cares about his students. He is passionate about his subject and he sets a good example for students. He is extremely personable. He believes that all experiences are learning experiences and is not afraid to share them with his students."

"Dr. Emanuel is the best instructor that I have had since my college career began. He is well rounded and should be considered an asset to the University of Montevallo."

"Dr. Emanuel is always prepared for class, he is knowledgeable in the subject and always seems eager to teach - great instructor."

"The instructor motivated me to excel. He worked really well with the students. He was always available to get help from and was very approachable. He was a really encouraging instructor."

"Dr. Emanuel is an extremely gifted professor who offers students more than an incredible intellect and knowledge of the subject matter. He is also a great motivator and an incredible example of a man of initiative, self-drive, and compassion. I wish all my teachers would care as much as he does."

"In my opinion, Dr. E. has made a significant impact on my wanting to learn as much as possible. He has helped me understand the importance of class and made me want to go to class."

"Dr. Emanuel deserves to be considered an elite among professors. GREAT TEACHER! He is very expressive in class. He was also very respectful and kind."

---

* Comments voluntarily provided on Instructor/Course evaluations at the University of Montevallo.

# What students said* about Dr. Emanuel at the Enterprise State Junior College

"Dr. Emanuel is a good teacher with great knowledge of the subject. I would be happy to have him for every subject. He relates well to students."

"Excellent job. He keeps our attention in class, not boring."

"Dr. Emanuel is a good and interesting teacher. He does very well using real life stories to demonstrate the points he is trying to make."

"Dr. Emanuel really encourages student input. He was willing to listen and help students when they confronted him with a problem."

"Good job! I have enjoyed this class very much! I would recommend him to anybody."

"Dr. Emanuel clearly and honestly works to build our self-confidence and our ability to communicate more effectively. He has made a difference in our lives."

". have enjoyed Dr. Emanuel's class. He has taught me how to believe in myself and how to accept others as they are. He has made a difference in my life."

"Dr. Emanuel is energetic. He makes learning enjoyable."

"He is very willing to work with students on any work, projects, tests, etc."

"Dr. Emanuel is an enthusiastic man with a mature style of teaching. Great speaker. Able to keep my attention."

"He did a good job making the topics interesting and relevant. Dr. Emanuel teaches with excitement."

"Dr. Emanuel is a very good teacher. He makes the subject very understandable. He makes me feel like this really will be useful in the rest of my life."

"Although I thought I would strongly dislike this speech class because I am terrified of public speaking, he really made this my favorite class."

*Comments voluntarily provided on Instructor/Course evaluations at the Enterprise State Junior College.

# Richard Emanuel

Total graduate semester hours of **Communication** related courses = 56

<u>Florida State University – College of Communication</u>
      Analysis of Communication Theory
      Colloquium in Communication
      Methods of Communication Research
      Organizational Communication Theory
      Quantitative Methods of Communication Research
      Supervised Research
      Supervised Teaching
      Dissertation

Total graduate semester hours of **Computer Science** related courses = 18

<u>University of Montevallo – College of Business</u>
      COBOL Programming
<u>Auburn University – Department of Communication</u>
      Statistical Package for the Social Sciences (SPSSx)
<u>George Washington University – Graduate School of Business and Public Management</u>
      Information Systems Development
      Data Base Systems
      Cybernetics and Artificial Intelligence
      Directed Reading & Research in Information Systems Technology

**SPEECH INSTRUCTOR**
**INTERVIEW FORM**



APPLICANT'S NAME _____ Shatangi Ware

DATE _____ June 22, 2006

0  1  2  ③  4     1 )  What activities might you use in helping students control their stage fright?

0  1  2  ③  4     2.)  What was your major area of interest in your communication major?

0  1  2  ③  4     3.)  Why are you interested in teaching in a community college?

0  1  2  ③  4     4 )  What do you think you can contribute to our speech department?  ✓

0  1  ②  3  4     5 )  Would you like to get involved in student activities (like debate, speech contests or theatre)?

0  1  2  ③  4     6.)  What do you think is the value of a speech class to a community college student?



0  1  (2) 3  4     7.)  What do you know about WCC?

0  1  2 (3) 4     8 )  Tell us about your experience working with first generation students?

0  1 (2) 3  4     9 )  Tell us about your experience and background

0  1  2 (3) 4     10 )  Do you have any experience with web-based learning or using a course management system like WebCT or Blackboard?

Points Earned_____
                  40

## PERSONAL PROFILE

1   2   ③   4          1.      Oral communication:  grammar usage appropriate, clearly
                                understood, does not ramble

1   ②   ③   4          2.      Displays professional and self-confident manner:  appropriate
                                dress for interview.

1   2   ③   4          3.      Makes eye contact during conversation.

1   2   ③   4          4.      Demonstrates warmth and enthusiasm; clearly interested.

1   2   ③   4          5       Written communication:  neat, legible, well-organized,
                                informative, clearly understood, not wordy.


Clarification of questions on application:


Points  15        Evaluator _Jerry L. Schembra_        Date _June 22, 2006_
        ___                            _____
        20                             Signature

Accumulated Points: Interview Questions – possible 40 points      27

                    Personal Profile – possible 20 points      15

                    Demonstration – possible 10 points      8

                                    TOTAL POINTS      50

**SPEECH INSTRUCTOR**
**INTERVIEW FORM**

APPLICANT'S NAME _____ Shatangi Ware _____

DATE _____ June 22, 2006 _____

0 1 2 (3) 4    1) What activities might you use in helping students control their stage fright?

*[handwritten response]*

0 1 2 (3) 4    2.) What was your major area of interest in your communication major?

*[handwritten response]*

0 1 2 (3) 4    3.) Why are you interested in teaching in a community college?

*[handwritten response]*

0 1 2 3 (4)    4.) What do you think you can contribute to our speech department?

*[handwritten response]*

0 1 (2) 3 4    5.) Would you like to get involved in student activities (like debate, speech contests or theatre)?

*[handwritten response]*

0 1 2 (3) 4    6.) What do you think is the value of a speech class to a community college student?

*[handwritten response]*

GWCC089

0 1 2 3 (4)  7.) What do you know about WCC?  *Ft Rucker, Dothan, Eufaula*

*She look at Website, Walk through + saw class room also agrips with media group.*

0 1 2 (3) 4  8.) Tell us about your experience working with first generation students? *the inspired*

*example of a student of first generation*
*to go to the dr to.*

0 1 2 (3) 4  9.) Tell us about your experience and background *experience with, Jopsite*
*dyears in PR at dural (dr dall — master degree*
*taught & convces & public speaking*

0 1 2 (3) 4  10.) Do you have any experience with web-based learning or using a course management system like WebCT or Blackboard?

*use WebCT — support the class trying to get students use the web.*

Points Earned ___31___
                    40

*S'halanga ware*

## PERSONAL PROFILE

1  2  3  (4)    1.    Oral communication:  grammar usage appropriate, clearly understood, does not ramble.

1  2  3  ((4)   2.    Displays professional and self-confident manner:  appropriate dress for interview

1  2  ((3)  4    3.    Makes eye contact during conversation.

1  2  3  (4)   4    Demonstrates warmth and enthusiasm; clearly interested

1  2  3  (4)   5.    Written communication:  neat, legible, well-organized, informative, clearly understood, not wordy.


Clarification of questions on application:


Points  _19_     Evaluator _Emma D'Remy_     Date _6/22/06_
        20                       Signature


**Accumulated Points:** Interview Questions – possible 40 points    _31_

Personal Profile – possible 20 points    _19_

Demonstration – possible 10 points    _8_

TOTAL POINTS    _58_

GWCC091

*S'ha tangi' Wa.*

## SPEECH INSTRUCTOR
## DEMONSTRATION

Five minute teaching demonstration on a speech-related topic of interviewee's choice:

*[handwritten notes, partially illegible]*

0  1  2  3  4  5  6  7  8  9  10

Points Earned _____ 9/10

*[handwritten notes]*

Use adds in speeches:

1. reduce anx
2. Use boost
3. help be understanding of listen

*[handwritten notes]*

**SPEECH INSTRUCTOR**
**INTERVIEW FORM**

APPLICANT'S NAME _____ Shatangi Ware _____

DATE _____ June 22, 2006 _____

0 1 2 ③ 4    1 )  What  activities might you use in helping students control their stage fright?

*group exercises - so they get familiar w/each other*

0 1 2 3 ④    2.)  What was your major area of interest in your communication major?

*Organizational, Interpersonal, Intrapersonal - we had to do everything -*

0 1 2 3 ④    3.)  Why are you interested in teaching in a community college?

*grad of a community College; you get to teach your students; you get to know your students; they are reg people;*

0 1 ② 3 4    4.)  What do you think you can contribute to our speech department?

*I know what it's like being a student; I'm not so far removed from being a student*

0 1 2 3 ④    5 )  Would you like to get involved in student activities (like debate, speech contests or theatre)? *Sure - familiar w/ debate, I had to judge debates or speech contests. I could do theatre*

0 1 2 3 ④    6.)  What do you think is the value of a speech class to a community college student?

*I've seen students terrified; By the end of the semester they can stand up; Being able to speak carries through ...*

GWCC093

Shantangi Pearce

0 1 2 (3) 4    7.) What do you know about WCC?

3 campuses
- Classes are multimedia equipped

0 1 2 3 (4)    8) Tell us about your experience working with first generation students? Get to know st_
Ex! - a student wanted to
_ _ _ no notes? Encourage each student; Cite your advice

0 1 2 3 (4)    9) Tell us about your experience and background
AA Jeff State — Had a professor mentor me &
UA - BA, MA   that milestone went to teacher

0 1 2 3 (4)    10) Do you have any experience with web-based learning or using a course management
system like WebCT or Blackboard? I've used WebCT; I think
its important for community college students & getting
students to use it

Points Earned  36
              40

GWCC094

Shalonda Wall

## PERSONAL PROFILE

1  2  3  (4)     1.    Oral communication:  grammar usage appropriate, clearly understood, does not ramble

1  2  3  (4)     2     Displays professional and self-confident manner:  appropriate dress for interview.

1  2  (3)  4     3.    Makes eye contact during conversation.

1  2  3  (4)     4.    Demonstrates warmth and enthusiasm; clearly interested.

1  2  (3)  4     5.    Written communication:  neat, legible, well-organized, informative, clearly understood, not wordy.

Clarification of questions on application:

Points __18__ / 20    Evaluator _Pamela William_
                                        Signature          Date _6-22-06_

Accumulated Points: Interview Questions – possible 40 points        36

Personal Profile – possible 20 points        18

Demonstration – possible 10 points        9

TOTAL POINTS        63

GWCC095

Shatangi Ware

## SPEECH INSTRUCTOR
## DEMONSTRATION

Five minute teaching demonstration on a speech-related topic of interviewee's choice:

Audience analysis;
- Analyze audience all day;
- We modify our students

You want your speech to be
Successful
We don't speak b/c we like to
speak

0 1 2 3 4 5 6 7 8 ⑨ 10

**Points Earned** $\frac{9}{10}$

Advertisements; - research is done

Had 3 pts about
audience analysis - explained each

Asked questions

Enthusiastic

Visual aids

Well planned lesson

# SPEECH INSTRUCTOR
## INTERVIEW FORM

APPLICANT'S NAME _____ Shatangi Ware _____

DATE _____ June 22, 2006 _____

0 1 (2) 3 4   1.) What activities might you use in helping students control their stage fright?

*query activities*

0 (1 2) 3 4   2) What was your major area of interest in your communication major?

0 1 2 (3 4)   3.) Why are you interested in teaching in a community college?

*CC graduate*
*personal relationship*
*no research*

0 1 (2) 3 4   4) What do you think you can contribute to our speech department?

*communicate*

0 1 (2) 3 4   5.) Would you like to get involved in student activities (like debate, speech contests or theatre)? judged debates teams / speech contests

0 1 2 (3 4)   6) What do you think is the value of a speech class to a community college student?

*help students learn skills in communication, no impact of life*

GWCC097

0 (1) 2 3 4    7) What do you know about WCC?

*multiple campuses Ft. Rucker/Dothan*
*Eufaula*
*w estimate enrollment*
*I'm first generation college. get to know students personal*

0 1 2 (3) 4    8) Tell us about your experience working with first generation students?

0 1 (2) 3 4    9) Tell us about your experience and background.

*BA - PR worked in that field for us*
*MA - Comm. Studies - I enjoy*

0 1 2 (3) 4    10) Do you have any experience with web-based learning or using a course management system like WebCT or Blackboard?

*WebCT   web-enhanced*

Points Earned __24.5__
40

*1) Do you have any questions for us?*

*Rehab School system*

Shatangi Ware

## PERSONAL PROFILE



$3\frac{1}{2}$

1  2  ③  4          1.    Oral communication:  grammar usage appropriate, clearly understood, does not ramble



1  2  ③  4          2.    Displays professional and self-confident manner:  appropriate dress for interview.



1  ②  3  4          3.    Makes eye contact during conversation



1  2  ③  4          4.    Demonstrates warmth and enthusiasm; clearly interested



1  ②  3  4          5.    Written communication:  neat, legible, well-organized, informative, clearly understood, not wordy

Clarification of questions on application:

Points  $\frac{14}{20}$        Evaluator  Denise Padgett          Date 6/22/06
                                      Signature

Accumulated Points: Interview Questions – possible 40 points    24.5

                   Personal Profile – possible 20 points        14

                   Demonstration – possible 10 points            7

                        TOTAL POINTS                            45.5

GWCC099

Shatanzi Ware

**SPEECH INSTRUCTOR
DEMONSTRATION**

Five minute teaching demonstration on a speech-related topic of interviewee's choice:

0  1  2  3  4  5  6  (7)  8  9  10

**Points Earned** _____ 7 _____
                          10

GWCC100

**Final Interview Questions**
**Speech Instructor**

Applicant: *Shatangi Ware*

June 22, 2006

1.  We've all read the material you provided, but to get us started please briefly describe yourself professionally

    *Teaching assistant. Demonstrated he to teach. Taught 8 sections of public speaking. Has taught hundred?*

2.  Of all the information contained in your resume and application, what one item most qualifies you for this faculty position with us and why?

    *Highly detailed, organization in teaching and dealing with students.*

3.  Tell us about a situation or an incident that would exemplify your integrity.

    *Returned overpayment to bank. Seeking the truth, being one truth at all times.*

4.  What three words or phrases would your peers would use to describe you and why would they choose those words or phrases?

    *Dependable, Consistent, Approachable My mood is my band — I to instruct, I want my students to be able talk.*

5.  Tell us briefly about the subject you presented in your teaching demonstration

    *According understanding who your audiences. me. When speaking — Advertising targeting audiences*

6.  Tell us about any experience you have in organizing, coaching, and/or judging speaking or debating teams.

    *Weekend speech competition judging — college level teams that come to the school.*

7.  Tell us about any experience you have in planning for and directing student theatrical productions

    *No experience.*

8.  What are your most outstanding qualities?

    *Highly motivated    Dedicated    understanding
    Self starter    Persistent*

9.  Describe the best learning experience you've ever had as a student and tell us why you would call it your best experience.

    *Math Com — Graduate School — Cultural Rhetorical Critical Class — Theories Class △ by teacher.*

GWCC101

10. Many of our students come unprepared to speak at the college level. Tell us about your experiences with such students and give us examples of instances in which you were successful in helping them improve their skills.

*Reduce anxiety, group work, familiarity Stand in text to lesson fear~ of speeches + purpose of ...*

11. If you are employed, you will be the third member of our speech faculty and a member of the speech discipline committee. What are some of the specific skills you would add to our speech faculty and how would those skills improve the program?

*Ability to connect with students. Continue to publish, but focus on teaching - research.*

12. As a classroom instructor what do you hope to accomplish in your first meeting of the term with your students?

*1st day - put a name every face, pair up, index card, other person introduces you to class. Create a sense of community from beginning*

13. How do you motivate yourself to complete unpleasant assignments?

*Highly motivated, perk up class, very very motivated. Just in there + help.*

14. We use an anonymous student evaluation system. What value can an instructor obtain from anonymous student assessment of instruction?

*honest student feedback, see what's working and what is not. - open ended questions*

15. What experience do you have in participating in or leading curriculum development efforts?

*none*

16. What experience do you have in working with instructional technologies and the Internet and in using those technologies in your teaching activities?

*WebCt No multimedia at Jefferson State.*

17. Do you have a specific philosophy for dealing with adult students?

*Respect, Professional.*

GWCC102

18.    What professional groups do you belong to and how do those memberships and
       associations help in your professional life?

       *NCA*                *Networking, intense + theory*
       *SCA*
       *SSCA Conf — Paper Presentata.*

19.    This job requires class preparation, teaching, advising students, having one-on-
       one student conferences, committee assignments, attending off-schedule
       meetings, attending honor assemblies, pinning ceremonies, and graduation
       ceremonies.  How do you feel about all of these activities?

       *No problem, negotiate schedule —*

20.    Why have you chosen to apply for this position at the Sparks Campus?

       *Close to home, full time job*

21.    Do have other comments concerning your ability to perform in this speech faculty
       position that you would like to share with the committee?

       *None*

End of formal questions.  Follow up by any interviewer?

Questions by interviewee?

       *Paula C. Mann*   *10/22/6*
       Interviewer              Date

GWCC103

**Final Interview Questions**
**Speech Instructor**

Applicant: *Shatanga Ware*
June 22, 2006

1    We've all read the material you provided, but to get us started please briefly
describe yourself professionally

*see resume — has done 6 to 8 sections of SPH 106 and SPH 107 at SSCC*
*in management*

2.    Of all the information contained in your resume and application, what one item
most qualifies you for this faculty position with us and why?

*organization & skills — has good ones and beneficial to her as*
*a teacher (preparation, dealing with papers)*

3.    Tell us about a situation or an incident that would exemplify your integrity.

*got too much money at bank and took it back — did it because*
*it was the right thing to do*

4.    What three words or phrases would your peers would use to describe you and why
would they choose those words or phrases?

*dependable — more her bond*
*consistent — because of responsible position as teacher*
*approachable — need to be ready to help and advise beyond teaching*

5.    Tell us briefly about the subject you presented in your teaching demonstration

*know your audience and why —*

6    Tell us about any experience you have in organizing, coaching, and/or judging
speaking or debating teams.

*U of A had good debating — has judged college teams in debate*

7.    Tell us about any experience you have in planning for and directing student
theatrical productions.

*none but could learn*

8.    What are your most outstanding qualities?

*highly motivated self-starter — understanding but questioning*
*dedicated*
*persistence*

9.    Describe the best learning experience you've ever had as a student and tell us why
you would call it your best experience.

*MS 605 — Critical Rethinics — completely changed her goal and wanted*
*to share these ideas and*

GWCC104

10. Many of our students come unprepared to speak at the college level. Tell us about your experiences with such students and give us examples of instances in which you were successful in helping them improve their skills.

*use lecture/discussion methods — used lots of group work to get past initial concern — ensure that they use proper language (in proper everything)*

11 If you are employed, you will be the third member of our speech faculty and a member of the speech discipline committee. What are some of the specific skills you would add to our speech faculty and how would those skills improve the program?

*Could help with debate team — would connect and help encourage students — still writing and would want to do so — she could start small but build a debate team*

12 As a classroom instructor what do you hope to accomplish in your first meeting of the term with your students? *used pairing to get students to introduce their new classmates — put focus on students — know everyone in 2-3 weeks —*

13. How do you motivate yourself to complete unpleasant assignments?

*very driven — puts her mind to it and does it —*

14. We use an anonymous student evaluation system. What value can an instructor obtain from anonymous student assessment of instruction?

*know things that are working and not working — honest feedback will help you grow — another way to learn*

15. What experience do you have in participating in or leading curriculum development efforts?

*had to develop new syllabus because there wasn't one — has taught 106 and 107 each of the three terms*

16. What experience do you have in working with instructional technologies and the Internet and in using those technologies in your teaching activities?

*used WebCT and used that with —*

17. Do you have a specific philosophy for dealing with adult students?

*not really — believes you have to give people respect and be respectful*

18. What professional groups do you belong to and how do those memberships and associations help in your professional life?

*Natl Comm Assoc – Southern Comm Assoc — has done a presentation for the Southern Comm Assoc —*

19. This job requires class preparation, teaching, advising students, having one-on-one student conferences, committee assignments, attending off-schedule meetings, attending honor assemblies, pinning ceremonies, and graduation ceremonies. How do you feel about all of these activities?

*has done things on voluntary basis*

20. Why have you chosen to apply for this position at the Sparks Campus?

*from Dothan originally – has 9 year old daughter – will be closer to home*

21. Do have other comments concerning your ability to perform in this speech faculty position that you would like to share with the committee?

*• has all qualifications to do the job*

End of formal questions. Follow up by any interviewer?

Questions by interviewee?

_____      6/22/03
/Interviewer                            /Date

**Final Interview  Questions**                    Applicant: *SHATANGI WARE*
**Speech Instructor**                                          June 22, 2006

1    We've all read the material you provided, but to get us started please briefly
     describe yourself professionally
     *not so much lectures. Likes to bring concepts into*
     *real life situations.*

2    Of all the information contained in your resume and application, what one item
     most qualifies you for this faculty position with us and why?
     *organization*

3.   Tell us about a situation or an incident that would exemplify your integrity.
     *Bank teller gave her too much money. When she*
     *realized this, she returned the money.*

4.   What three words or phrases would your peers would use to describe you and why
     would they choose those words or phrases?
     *dependable*          *wants to know students - who, what,*
     *consistent*          *where they are in life right now*
     *approachable*

5.   Tell us briefly about the subject you presented in your teaching demonstration.
     *importance of knowing your audience as you speak*

6.   Tell us about any experience you have in organizing, coaching, and/or judging
     speaking or debating teams.
     *judged college speeches/debates as part of college courses*

7.   Tell us about any experience you have in planning for and directing student
     theatrical productions.
     *No*

8.   What are your most outstanding qualities?
     *self starter*        *highly motivated*
     *persistent*
     *understanding*

9.   Describe the best learning experience you've ever had as a student and tell us why
     you would call it your best experience.
     *Math class (graduate)*
     *Professor showed interest; showed her things she*
     *didn't realize about herself; helped her to focus in*
     *present field*

GWCC107

10. Many of our students come unprepared to speak at the college level. Tell us about your experiences with such students and give us examples of instances in which you were successful in helping them improve their skills.

*Doesn't lecture. Lot of group work. Talk about real-life situations so put students at ease. Show students that ability to articulate will help them become successful.*

11. If you are employed, you will be the third member of our speech faculty and a member of the speech discipline committee. What are some of the specific skills you would add to our speech faculty and how would those skills improve the program?

*Ability to "connect" with students. Wants to teach and do research/outreach at the same time.*

12. As a classroom instructor what do you hope to accomplish in your first meeting of the term with your students?

*Put names with faces. Students introduce someone other than themselves in class.*

13. How do you motivate yourself to complete unpleasant assignments?

*Puts her mind to it, and does it.*

14. We use an anonymous student evaluation system. What value can an instructor obtain from anonymous student assessment of instruction?

*Learn what's working well and what is not. Feedback is always good*

15. What experience do you have in participating in or leading curriculum development efforts?

*None*

16. What experience do you have in working with instructional technologies and the Internet and in using those technologies in your teaching activities?

*WebCT*

17. Do you have a specific philosophy for dealing with adult students?

*Treat them with respect. Professionally.*

18. What professional groups do you belong to and how do those memberships and associations help in your professional life?

*Nat'l Communication Assoc. staying in tune with theory*
*Southern Comm. Assn. ] and state of the art.*

19. This job requires class preparation, teaching, advising students, having one-on-one student conferences, committee assignments, attending off-schedule meetings, attending honor assemblies, pinning ceremonies, and graduation ceremonies. How do you feel about all of these activities?

*Phi Theta Kappa*

20. Why have you chosen to apply for this position at the Sparks Campus?

*Rec'd letter from WCC*

21. Do have other comments concerning your ability to perform in this speech faculty position that you would like to share with the committee?

*Capable to do the job...*

End of formal questions. Follow up by any interviewer?

Questions by interviewee?

*She asked about school systems in Eufaula area.*

*Woodrow Harrington*          *6-22-06*
Interviewer                          Date

remember

NAME OF APPLICANT___Shatangi Ware_____

POSITION    Speech Instructor

DATE    6/29/06              PHONE NO  FOR INTERVIEW  205-617-5646

TIME:___8.50 a.m.

1.  Please give me a brief overview of your education and experience emphasizing the aspects that relate most to this position.

*B.A. – U.A.  M.A. – U.A.  Adjunct fac – JSCC for last yr. Got assoc. degree from Jeff St.*

2.  Why do you want to work at WCC?

*Originally from Dth.  Love CC atmosphere. Enjoyed JSCC.*

3.  Tell me why you are the best person for this job.

*Highly motivated ; punctual ; proven instructor ; Rec'd exc evaluations from students ;*

(Over)

GWCC110

4.  Have you ever been employed at WCC before — at any of its campuses of sites?

*No*

If so, for what periods of time?

Full-time or Part-time?

5.  Do you have any questions for me?

*No*

*Linda C. Zonay* 6/29/06
Signature of Interviewer/Date

GWCC111



*Commission on Colleges*
*Southern Association of Colleges and Schools*
*1866 Southern Lane*
*Decatur, Georgia  30033-4097*

## FACULTY CREDENTIALS

## - Guidelines -

Comprehensive Standard 3.7.1 of the *Principles of Accreditation* reads as follows:

> The institution employs competent faculty members qualified to accomplish the mission and goals of the institution. When determining acceptable qualifications of its faculty, an institution gives primary consideration to the highest earned degree in the discipline. The institution also considers competence, effectiveness, and capacity, including, as appropriate, undergraduate and graduate degrees, related work experiences in the field, professional licensure and certifications, honors and awards, continuous documented excellence in teaching, or other demonstrated competencies and achievements that contribute to effective teaching and student learning outcomes. For all cases, the institution is responsible for justifying and documenting the qualifications of its faculty.

*Approved:  College Delegate Assembly, December 2006*



EMANUEL–0144--PLF DOX

## WALLACE COMMUNITY COLLEGE
## INSTRUCTOR EVALUATION

**Instructor's Name:**   <u>Shatangi Ware</u>

**Course(s) Taught:**   <u>SPH 106, SPH 103</u>

**Term/Year:**   <u>FA 06</u>

**Evaluator's Name:**   <u>Ralph Purvis</u>

**Title:**   <u>Division Director</u>



*Legend*
*1    Exceeds expected performance*
*2    Meets expected performance*
*3    Performance needs improvement*
*4    Fails expected performance*
*5    Does not apply*

**In preparing to teach, the instructor:**

1.   Shows evidence of sufficient instructional planning ......................... 1

2    Participates in course/curricula development and revision ................. 2

3.   Prepares appropriate syllabi for courses taught ........................... 2

4.   Incorporates appropriate media in course design .......................... 2

5    Prepares evaluation instruments appropriate to instruction ............... 2

6    Ensures that tools, equipment, and facilities are prepared and appropriate
     to instruction .................................................... 1

7.   Participates in advisory committee activities to ensure relevance of
     curriculum and instruction to the field .............................. 2

**In teaching, the instructor:**

8.   Distributes syllabi and reviews course content and requirements with
     students at first class meeting .................................... 2

9    Makes effective classroom presentations ............................. 1



*Legend*
1    *Exceeds expected performance*
2    *Meets expected performance*
3    *Performance needs improvement*
4    *Fails expected performance*
5    *Does not apply*

In teaching, the instructor:   (continued)

10   Exhibits command of knowledge and skills required in assigned
     teaching area . . . . . . . . . . . . . . . . . . . . . . . . . 1

11 . Maintains control and supervision of class. . . . . . . . . . . . . .1

12   Interacts well with students in classroom and laboratory. . . . . . . . . . . 1

13   Provides varied learning activities for individual differences
     in students . . . . . . . . . . . . . . . . . . . . . . . 1

14   Demonstrates concern for safety in classroom and laboratory . . . . . . . . ..2

15.  Evaluates student progress adequately and regularly. . . . . . . . . . . . .1

16   Returns student assignments and tests in a timely manner . . . . . . . . . 1

**In administering his/her responsibilities, the instructor:**

17.  Keeps accurate student attendance and performance records. . . . . . . . . . . 2

18.  Completes required reports in a timely manner. . . . . . . . . . 2

19   Sets and maintains office hours . . . . . . . . . . . . . . . . ...5

20   Participates in placement and follow-up activities for students and graduates. . . . . . . . ..1

21   Assists students with academic problems. . . . . . . . . . . . 1

22   Serves as an academic advisor for assigned students. . . . . . . . . . . 2

23   Participates in departmental planning and in evaluation activities. . . . . . . . . .2

24   Participates in developing and managing the departmental budget . . . . . . . . . . 2

GWCC480

*Legend*
1   *Exceeds expected performance*
2   *Meets expected performance*
3   *Performance needs improvement*
4   *Fails expected performance*
5   *Does not apply*

In other areas within the College, the instructor:

25   Exhibits a professional manner ................................................................ 1

26.  Performs departmental duties as assigned .............................................. 1

27   Performs ad hoc and standing committee assignments as required. ........ 2

28.  Supports the philosophy, mission, and objectives of the College ........... 1

29   Is cooperative in the implementation of College and/or State
     Board of Education policies .................................................................... 1

30   Engages in professional development activities ...................................... 1

**Major weak points of this instructor:**
Use of technology in classroom presentations and development of web enhanced instruction

**These weaknesses can be strengthened by doing the following:**
In-service training in use and development of WebCT and other computer aided instruction

**Major strengths of this instructor are:**
Ms Ware is student orientated and seems to get along well with fellow faculty.

**These strengths can be more effective by:**
Faculty in-service on use of WEBCT.

GWCC481

MY EVALUATOR HAS DISCUSSED THIS REPORT WITH ME

_____ I do not desire to attach documentation to respond to the comments made in this evaluation.

_____ I have attached documentation to respond to the comments made in this evaluation

Instructor's Signature _____ Date: 6/6/07

Signature of Evaluator: _____ Date: 6/31/07

GWCC482

79
11/05
Exhibit 22

# WALLACE COMMUNITY COLLEGE
## VERIFICATION OF EMPLOYMENT EXPERIENCE

Name: _Shatangi Ware_          Date: _6/30/06_

Position Held or Applied for: _Speech Instructor_

This Verification of Employment Experience form is to confirm that the applicant or employee named above and the President of Wallace Community College-Dothan (WCC), and/or an authorized representative of the President of WCC, have mutually reviewed all documentation provided to WCC with regard to determining the appropriate number of years of relevant work experience with which to credit the applicant or employee with respect to step placement on the salary schedule and range designated for the position of employment titled above, and that it has been mutually agreed on by the applicant or employee and WCC that the appropriate number of years of credit for relevant work experience is _____0_____.

This determination entitles the applicant or employee to be placed at:

| | |
|---|---|
| Salary Schedule | D-1 |
| Rank | 1 A |
| Step | O |
| Salary | $ 35,586 per 9 months |

effective _August 14, 2006_          for the position titled above.

_[signature]_ _____          _7/7/06_ _____
* Dean                                           Date

_[signature]_ _____          _7/7/06_ _____
Executive Assistant to the President             Date

_[signature] Shatangi D. Ware_ _____          _8/31/06_ _____
Applicant/Employee                               Date

SSN: _[redacted]_

* **Submit to Personnel Office with completed Authorization of Employment.**

7/29/04



GWCC167



**WALLACE COMMUNITY COLLEGE**

**Office of the President**

Dr. Linda C. Young
1141 Wallace Drive
Dothan, AL 36303
334.556.2234
Fax: 334.983.4255

December 13, 2006

Ms. Deidre J. Rivers, ADR Assistant
Equal Employment Opportunity Commission
Birmingham District Office
Ridge Park Place, Suite 2000
1130 22nd Street, South
Birmingham, Alabama 35205



PLAINTIFF'S EXHIBIT
17

Re:    Respondent's Position Statement
       EEOC Charge No. 420-2007-00605
       (Rich Emanuel v. George C. Wallace State Community College)

Dear Ms. Rivers:

At the request of Ms. Delner Franklin-Thomas, District Director, U.S. Equal Employment Opportunity Commission, dated November 14, 2006, I am submitting, in my capacity as President of George C. Wallace Community College, Dothan, Alabama, this statement of the position of Wallace Community College regarding the allegations made by Dr. Rich Emanuel in the above-cited Charge of Discrimination. In particular, Dr. Emanuel has charged that he was discriminated against on the basis of his race and sex in the manner in which Wallace Community College filled the position of Speech Instructor.

Specifically, Dr. Emanuel, a Caucasian male, alleges that the College hired "an African-American female who was less qualified...and who did not meet the qualifications for the position..." and that he was "passed over...due to the College's policy or practice of promoting the hiring of African-Americans and females." He is making claims of disparate impact and disparate treatment under Title VII to the Civil Rights Act of 1964, as amended.

Dr. Emanuel's allegations relate to the Wallace Community College search process for employing a Speech Instructor and the qualifications of the person selected for the position.

### WCC Employment Search Process for Speech Instructor

The employment search for the Speech Instructor position was conducted as required under the Shuford and Kennedy Partial Consent Decrees by the court-approved employee selection procedures adopted by the Alabama State Board of

Ms. Deidre J. Rivers
December 13, 2006
Page 2

Education for instructor, professional, and supervisory positions.  All of Alabama's two-year colleges, including Wallace Community College, are required to follow the procedures that were specifically adopted to provide fair employment opportunities for all applicants.  (See **Exhibit A**:  Procedures for Appointing Full-Time Salary Schedule B, C, and D-1 Personnel.)

The court-approved procedures are published in the Wallace Community College *Search Committee/Hiring Procedures Manual,* a copy of which is provided to and reviewed with each search committee chair.  Prior to the search committee's meeting to determine which applicants meet minimum qualifications, the WCC Director of Personnel conducts an orientation for the entire search committee.

College personnel are diligent in ensuring non-discrimination in the job search process.  Pages 28-34 of the *Manual* include specific guidelines for ensuring non-discriminatory inquires in over 20 areas, including race/color and sex, to include (1) examples of legal and illegal inquiries with specific relevant legislation cited and (2) permissible inquiries and inquiries that must be avoided.  (See **Exhibit B**: Legal Areas of Inquiry in Interviewing and Employment Applications and Pre-Employment Inquiry Guide.)

The College followed the court-approved selection procedures in conducting the search for the Speech Instructor position advertised Sunday, April 23, 2006.  (See **Exhibit C**:  copy of newspaper ad for position.)

The search committee appointed for the position under review met the composition criteria required by the court-approved procedures; and the committee, which was chaired by a white male, strictly followed the procedure in carrying out its assignment.

The search committee was charged with interviewing all applicants who met the minimum qualifications and recommending to the President the three applicants who best matched the requirements of the job and the needs of the College.  The search procedures also provide that the only candidates the President may consider for appointment are those who have been evaluated by the committee and found to have met minimum requirements for the position.

After reviewing all applications and interviewing the applicants who met the minimum qualifications to be interviewed, the committee recommended three persons that they deemed to best meet the requirements of the job and the needs of the College.  Neither race nor gender was considered by the search committee in recommending the three finalists.  (See **Exhibit D**:  Affidavit from search committee chair.)

DOTHAN • EUFAULA • FORT RUCKER

EMANUEL–0115–PLF DOX

Ms. Deidre J. Rivers
December 13, 2006
Page 3

The three finalists were interviewed again by the Dean of Academic Affairs and Health Sciences, a white male, and two instructors, a white male and a white female. I then interviewed the three finalists and selected Ms. Shatangi Ware, a black female. (See **Exhibit E:** Statement to the Search File for Speech Instructor.)

## Qualifications of Selected Candidate

Ms. Shatangi Ware clearly met the minimum qualifications for the speech instructor position (Master's degree from a regionally accredited institution with 18 graduate semester hours in speech, speech communication, communication studies, communication arts, or communication management). Ms. Ware has a Master's degree in communication studies from the University of Alabama with the required graduate semester hours in communication. (See **Exhibit F:** Graduate Transcript from the University of Alabama.)

In addition, she has teaching experience in a community college setting at Jefferson State Community College in Birmingham, Alabama. She has a strong record of involvement in professional development activities in her discipline, including presentations to the Southern States Communication Association. She has experience with technology in her discipline, including the use of WebCT and the Internet. Moreover, she exhibited an obvious concern for students and the teaching and learning process. I am providing a copy of Ms. Ware's application as **Exhibit G.**

My decision to appoint Ms. Ware was based strictly on my determination of her overall suitability for the position. The application materials for all applicants are on file with the College, and we will make any or all of them available to you if needed for your investigation.

I respectfully invite you to visit Wallace Community College at your earliest opportunity and conduct a thorough investigation of Dr. Emanuel's allegations. You will have the full cooperation of our staff in being provided with whatever you need to carry out a comprehensive investigation of this charge.

## Statement on Mediation

As part of our notice of Charge of Discrimination, we received the EEOC "Consent to Mediation" form. However, we respectfully chose to decline the opportunity to mediate this matter because it has no factual basis on which to mediate.

EMANUEL--0116--PLF DOX

Ms. Deidre J. Rivers
December 13, 2006
Page 4

## Legal Counsel for Respondents

Our College attorneys with respect to this matter are Mr. Edward M. George of Foshee & George, L.L.C., Montgomery, Alabama 36104, telephone (334) 265-1960; and Vice Chancellor Joan Y. Davis of the Alabama Department of Postsecondary Education, Post Office Box 302130, Montgomery, Alabama 36130-2130, telephone (334) 242-2982. Please contact Mr. George, Ms. Davis, or me if you have questions or need any additional information.

Sincerely,

Linda C. Young
President

kw

Enclosures:  Exhibits

c  Mr. Edward M. George
   Ms. Joan Y. Davis

DOTHAN • EUFAULA • FORT RUCKER

EMANUEL–0117–PLF DOX

## AFFIDAVIT

Before me, the undersigned notary public in and for said county and state, personally appeared Stafford L. Thompson, who upon being duly sworn on oath deposed and said as follows:

My name is Stafford L. Thompson, and I am the President of Enterprise-Ozark Community College. I have served as President of the College for 14 years. This affidavit is based upon my own personal knowledge.

Although I do not recall how the conversation was initiated or where, I expressed to Dr. Linda Young, President of Wallace Community College, that she should be careful in considering Dr. Richard Emanuel for employment. I did not offer any further detail or specific explanation as to my concerns, and she did not inquire. From our conversation, I was left with the impression that she had concluded that Dr. Emanuel would have been a problem if hired.


Stafford L. Thompson
President


STATE OF ALABAMA            )
                            )
COUNTY OF COFFEE            )

I, the undersigned authority, a Notary Public in and for said State and County, hereby certify that Stafford L. Thompson, whose name is signed to the foregoing document, and who is known to me, acknowledged before me on this day that the foregoing is true and correct to the best of his knowledge and belief.

Given under my hand and official seal this 1st day of April, 2008.


Notary Public
My Commission Expires: 4-13-2010



NARRATIVE

*Help with this section*



| Source | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Font | Size | | |

# NARRATIVE

## 2005-2006 ANNUAL REPORT

## UNIFORM GUIDELINES

Next ->

Copyright Alabama Department of Postsecondary Education



GWCC180

# NARRATIVE

## 2005-2006 ANNUAL REPORT

## UNIFORM GUIDELINES

### George C. Wallace Community College-Dothan

The progress George C. Wallace Community College (WCC) has made toward achieving goals relative to the hiring and/or appointment of blacks and women is described as follows. Goals reflect the Service Area's Black Population for Wallace Community College.

(1) <u>GOALS RELATING TO THE APPOINTMENT OF BLACK PERSONS</u>:

a. The Shuford Consent Decrees require that by the end of Fall Quarter 1996, the percentage of black persons employed at each college on B and C1 Salary Schedules combined shall equal at least that number which most closely represents 75% of the percentage of black persons in the general population of the primary service area of the respective college.

Service Area Average Black Population:  28%

Goal:  21% (28% x 75%)

WCC Employees on B/C1:  9

Black Employees on B/C1:  1 (11%)

<u>WCC IS WITHIN 10% OF REACHING ITS GOAL FOR SALARY SCHEDULES B AND C1</u>.

b. The Shuford Consent Decrees require that by the end of Fall Quarter 1996, the percentage of black persons employed at each college on C2 and C3 Salary Schedules combined shall equal at least that number which most closely represents 75% of the percentage of black persons in the general population of the primary service area of the respective college.

Service Area Average Black Population:  28%

Goal:  21% (28% x 75%)

WCC Employees on C2/C3:  31

Black Employees on C2/C3:  8 (26%)

<u>WCC HAS MET ITS GOAL OF 21% FOR SALARY SCHEDULES C2 AND C3</u>.

**WCC HAS MET ITS GOAL OF 21% FOR SALARY SCHEDULES C2 AND C3.**

c. The Shuford Consent Decrees require that by the end of Fall Quarter 1996, the percentage of black persons employed at each college on the D Salary Schedule shall equal at least that number which most closely represents 75% of the percentage of black persons in the general population of the primary service area of the respective college.

Service Area Average Black Population:  28%

Goal:  21% (28% × 75%)

WCC Employees on D:  128

Black Employees on D:  13 (10%)

**WCC HAS NOT MET ITS GOAL FOR SALARY SCHEDULE D.**

(2) **GOALS RELATING TO THE APPOINTMENT OF WOMEN:**

a. The Shuford Consent Decrees require that by the end of Fall Quarter 2005, the percentage of women employed at each college on each of the B, C1, C2, C3, and D Salary Schedules, respectively, shall equal at least that number which most closely represents 50% of the total number of persons employed at each of the respective colleges on the B, C1, C2, C3, and D Salary Schedules.

**Salary Schedule B**

Total Number at WCC:  7

Total (Percentage of Women Employed):  3 (43%)

+/- Goal Accomplished:  -7

**Salary Schedule C1**

Total Number at WCC:  2

Total (Percentage of Women Employed):  1 (50%)

+/- Goal Accomplished:  +50

**Salary Schedule C2**

Total Number at WCC:  1

Total (Percentage of Women Employed):  1 (100%)

Total (Percentage of Women Employed): 1 (100%)

+/- Goal Accomplished: +50

## Salary Schedule C3

Total Number at WCC: 30

Total (Percentage of Women Employed): 20 (67%)

+/- Goal Accomplished: +17

## Salary Schedule D

Total Number at WCC: 128

Total (Percentage of Women Employed): 69 (54%)

+/- Goal Accomplished: +4

**WCC HAS EXCEEDED ITS GOAL FOR SALARY SCHEDULES C1, C2, C3, AND D AND WILL CONTINUE TO STRIVE TO EMPLOY WOMEN WHO ARE QUALIFIED TO FILL POSITIONS ON THE B SALARY SCHEDULE AS VACANCIES OCCUR.**

(3)  GOALS RELATING TO THE APPOINTMENT OF BLACK WOMEN:

a.  The Shuford Consent Decrees require that by the end of Fall Quarter 1996, the percentage of black women employed at each college on B and C1 Salary Schedules combined shall equal at least that number which most closely represents 37.5% of the percentage of black persons in the general population of the primary service area of the respective college.

Service Area Average Black Population: 28%

Goal: 10.5% (28% x 37.5%)

WCC Employees on B/C1: 9

Black Women Employees on B/C1: 1 (11%)

**WCC HAS MET ITS GOAL FOR SALARY SCHEDULES B AND C1**

b.  The Shuford Consent Decrees require that by the end of Fall Quarter 1996, the percentage of black women employed at each college on the C2 and C3 Salary Schedules combined shall equal at least that number which most closely represents 37.5% of the percentage of black persons in the general population of

GWCC183

the primary service area of the respective college.

Service Area Average Black Population:  28%

Goal:  10.5% (28% x 37.5%)

WCC Employees on C2/C3:  31

Black Women Employees on C2/C3:  8 (26%)

<u>WCC HAS EXCEEDED ITS GOAL FOR SALARY SCHEDULES C2 AND C3.</u>

c.  The Shuford Consent Decrees require that by the end of Fall Quarter 1996,
the percentage of black women employed at each college on the D Salary
Schedule shall equal at least that number which most closely represents 37.5%
of the percentage of black persons in the general population of the primary
service area of the respective college.

Service Area Average Black Population:  28%

Goal:  10.5% (28% x 37.5%)

WCC Employees on D:  128

Black Women Employees on D:  8 (6%)

<u>WCC HAS NOT MET ITS GOAL FOR SALARY SCHEDULE D.</u>



| POLICY NAME: | 601.01: Equal Employment Opportunity |
|---|---|
| EFFECTIVE: | 03-24-05 |
| SUPERSEDES: | 601.01 issued 12-08-94; 1979 |
| SOURCE: | *Civil Rights Act of 1964*, as amended in 1972 and 1991; Title VI; Title VII; Executive Order 11246, 1965, amended by Executive Order 11375; *Equal Opportunity Act of 1972*; Title VII *Education Amendments of 1972*; Title IX (P.L. 92-318) 45 CFR, Parts 81, 86 (Federal Register, June 4, 1975, August 11, 1975), Section 504 of the *Rehabilitation Act of 1973* (Federal Register, May 4, 1997); *Pregnancy Discrimination Act of 1978*; *Americans With Disabilities Act of 1990.* (GAAA) |
| CROSS REFERENCE: | |

The State Board of Education and the entities under its direction and control are equal opportunity employers. It is their policy to provide equal opportunity for employment and advancement to all applicants and employees without regard to race, color, national origin, religion, age, disability, marital status, or gender, as provided in federal and state law.



PLAINTIFF'S EXHIBIT

| POLICY NAME: | **601.02: Nondiscrimination** |
|---|---|
| EFFECTIVE: | 10-25-07 |
| SUPERSEDES: | 601.02 issued 12-08-94; 1982; 03-24-05 |
| SOURCE: | |
| CROSS REFERENCE: | |

No employee or applicant for employment or promotion, including applicants for presidential, full-time faculty, and other administrative and supervisory positions, shall be discriminated against on the basis of any impermissible criterion or characteristic including, without limitation, race, sex, age or any other protected class.