## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

DR. RICH EMANUEL,            )
            )
     Plaintiff,          )         Civil Action No.
            )
vs.                  )         2:07-cv-00819-WKW
            )
GEORGE C. WALLACE COMMUNITY COLLEGE, )
            
     Defendant.

_____

## PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIDAVIT
## FILED WITH REPLY BRIEF IN SUPPORT OF
## MOTION FOR SUMMARY JUDGMENT

Plaintiff moves the Court to strike the affidavit of Stafford Thompson, his second in this case, filed with defendant's reply brief in support of its motion for summary judgment, as well as defendant's associated argument in its reply brief.  Plaintiff bases this motion on the following two grounds:

1. The Court's Briefing Order regarding summary judgment (Doc. #15) filings does not provide for the movant to file additional evidence with its reply brief.  Indeed, doing so would be unfair to the non-movant as it would deny him the opportunity to respond.  Plaintiff elected not to depose Thompson after receiving his first affidavit from defense counsel in June because it did not indicate that the alleged conversation in the affidavit took place before Young made the hiring decision in this case.  In fact, Thompson's use of tense in stating that, "I was left with the impression that she *had* concluded that Emanuel *would have been* a problem if hired," suggested that the conversation took place after the decision was

made.  Defendant was well-aware that plaintiff would contest the issue of when this conversation supposedly took place based on Young's deposition testimony.  If it had wanted to present additional evidence as to the timing of this conversation, it should have done so with its principal brief.  It cannot do so now.

2.  The affidavit is based on hearsay.  Thompson purports to set the time of this conversation with Young based not on his own personal knowledge but entirely on alleged comments from Young to him to the effect that she had not made the decision.  This is classic hearsay under FRE Rule 801 and is inadmissible under FRE Rule 802.

**WHEREFORE, these premises considered**, plaintiff moves the Court to strike the second affidavit of Stafford Thompson filed with defendant's reply brief and defendant's associated argument in its reply brief.

Respectfully submitted,

s/ Adam M. Porter
Adam M. Porter
Attorney for Plaintiff
2301 Morris Avenue
Suite 102
Birmingham, Alabama 35203
(205) 322-8999

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Andrew W. Christman, Esq.  Gidiere, Hinton, Herndon & Christman  PO Box 4190 Montgomery, AL 36103-4190 and that there are no non-CM/ECF participants in this case.

s/ Adam M. Porter
Attorney for Plaintiff