IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DR. RICH EMANUEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-819-WKW |
| | ) |
| GEORGE C. WALLACE | ) |
| COMMUNITY COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion to Strike Defendant's Affidavit Filed with Reply Brief in Support of Motion for Summary Judgment (Doc. # 26), it is ORDERED that Defendant shall file a response on or before **August 27, 2008**.

DONE this 21st day of August, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE