**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| DR. RICH EMANUEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. |
| | ) | |
| vs. | ) | 2:07-cv-00819-WKW |
| | ) | |
| GEORGE C. WALLACE COMMUNITY COLLEGE, | ) | |
| | | |
| Defendant. | | |

_____

**PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO**
**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIDAVIT**
**FILED WITH REPLY BRIEF IN SUPPORT OF**
**MOTION FOR SUMMARY JUDGMENT**

As to the issue of whether defendant should be allowed to file further evidence with its reply brief, plaintiff would reiterate the arguments previously made and would add that this second affidavit from Mr. Thompson is not "rebuttal" evidence because the timing of this alleged conversation was known to defendant to be disputed when it filed its motion for summary judgment.

As to the hearsay argument, defendant asserts that the affidavit is offered not to prove the truth of the matter asserted– that the conversation described in the affidavit took place prior to the hiring decision in this case– but only to prove the state of mind of Mr. Thompson. Simply put, Mr. Thompson's state of mind has no relevance to any issue in this case. Therefore, even based on the argument for admissibility advanced by defendant, this affidavit is due to be stricken.

Respectfully submitted,

s/ Adam M. Porter
Adam M. Porter
Attorney for Plaintiff
2301 Morris Avenue
Suite 102
Birmingham, Alabama 35203
(205) 322-8999

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Andrew W. Christman, Esq. Gidiere, Hinton, Herndon & Christman PO Box 4190 Montgomery, AL 36103-4190 and that there are no non-CM/ECF participants in this case.

s/ Adam M. Porter
Attorney for Plaintiff